Hearing Date: No hearing scheduled
Courtroom Number: No hearing scheduled
Location: No hearing scheduled

FILED
9/29/2021 7:19 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L065089

15019065

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
LAW DIVISION, FIFTH MUNICIPAL DISTRICT

FILED DATE: 9/29/2021 7:19 PM   2021L065089

KALLEMEYN COLLISION CENTER, )
INC., directly and as assignee of Kevin )
Karl and Jennifer Karl, and JEFF )
KALLEMEYN, individually, )
)
Plaintiffs, )     No.   2021L065089
)
v. )
)
THE STANDARD FIRE INSURANCE )     Amount claimed: In excess of $100,000.00
COMPANY, and THE TRAVELERS )
INDEMNITY COMPANY, )
)     Jury Demand
Defendants. )

## COMPLAINT FOR BREACH OF CONTRACT, DISPARAGEMENT, AND OTHER RELIEF

Plaintiffs, Kallemeyn Collision Center, Inc. ("Kallemeyn Collision"), and Jeff

Kallemeyn, by and through their attorneys, the Law Offices of Patrick J. McGuire, P.C., and

complaining of the defendants, The Standard Fire Insurance Company ("TSFIC") and Travelers

Indemnity Company ("Travelers"), states as follows:

### PARTIES

1.      Kallemeyn Collision operates an automotive collision-repair business located at 16039

New Avenue, Lemont, Cook County, Illinois.

2.      Jeff. Kallemeyn is the president and owner of Kallemeyn Collision.

3.      TSFIC is a property and casualty insurance company that transacts business in Cook

County, Illinois.

4.      TSFIC is an affiliate of defendant, Travelers, and sells policies of automobile insurance

and administers claims under the trade name "Travelers."

### BACKGROUND FACTS

FILED DATE: 9/29/2021 7:19 PM   2021L065089

5. Travelers sold a policy of private-passenger automobile insurance to Kevin and Jennifer Karl (collectively "the Karls") that was in force on January 4, 2021.

6. Travelers is in possession of the subject policy. Relevant provisions are attached hereto as Exhibit A.

7. On January 4, 2021, the Karls were the owners of a 2014 Honda Pilot EX automobile ("the subject vehicle").

8. The subject vehicle was insured by Travelers for, among other things, direct and accidental loss caused by a collision.

9. Collision coverage under the Travelers policy was subject to a $250 deductible.

10. On January 4, 2021, the subject vehicle was damaged in a collision ("the collision").

11. The cost to repair the damage caused by the collision was covered under the Travelers policy.

12. The Karls promptly reported the collision to Travelers and made a claim for coverage under the subject policy.

13. On or about January 6, 2021, the Karls contracted with Kallemeyn Collision to repair the subject vehicle. (Exhibit B).

14. The reasonable and necessary cost of repairs performed by Kallemeyn Collision totaled $8,119.43. (Exhibit C).

15. After subtracting the Karls' $250 deductible, the amount owed by Travelers under the policy was $7,869.43.

16. Travelers failed and refused to pay the Karls the amount owed under the policy.

FILED DATE: 9/29/2021 7:19 PM  2021L065089

17. As set forth below, Travelers adjusted the Karls' claim in a manner designed to deprive the Karls of the benefits of the insurance policy by, among other things, knowingly and purposefully adjusting the claim based on unreasonably low labor rates.

18. The damage to the subject vehicle caused by the collision required four main categories of labor: body, paint, mechanical, and frame.

19. For body and paint labor, Kallemeyn Collision calculated the cost of repairing the subject vehicle based on its reasonable labor rates of $54.00/unit.

20. The Travelers policy does not state or limit the labor rates payable under the policy.

21. Travelers adjusted the Karls' claim based on body and paint labor rates of $50.00/unit and refused to pay Kallemeyn Collision's reasonable rate of $54.00/unit. (Exhibit D).

22. For mechanical labor, Kallemeyn Collision calculated the cost of repairing the subject vehicle based on a reasonable labor rate of $156.00/unit.

23. Since 2016, Travelers has paid claims involving mechanical repairs performed by Kallemeyn Collision using a labor rate of at least $134.00/unit. (Exhibit E).

24. In July 2020, Travelers adjusted and paid a collision claim involving mechanical repairs for a vehicle repaired by Kallemeyn Collision based on a labor rate of $156.00/unit.

25. Travelers adjusted the Karls' claim based on a mechanical labor rate of $85.00/unit.

26. Travelers refused to pay Kallemeyn Collision's reasonable mechanical labor rate of $156.00/unit.

27. For frame labor, Kallemeyn Collision calculated the cost of repairing the subject vehicle based on a reasonable labor rate of $85.00/unit.

28. Since 2017, Travelers has paid claims involving frame repairs performed by Kallemey Collision using a labor rate of at least $80.00/unit. (Exhibit E).

FILED DATE: 9/29/2021 7:19 PM    2021L065089

29. In August 2017, Travelers adjusted and paid a collision claim involving frame repairs for a vehicle repaired by Kallemeyn Collision based on a labor rate of $80.00/unit.

30. Travelers adjusted the Karls' claim based on a frame labor rate of $55.00/unit.

31. Travelers refused to pay Kallemeyn Collision's reasonable frame labor rate of $85.00/unit.

32. Although the Karls and Kallemeyn Collision complained to Travelers about Travelers' use of unreasonable labor rates to adjust the Karls' claim, Travelers refused to adjust the claim based on Kallemeyn Collision's reasonable labor rates. (Exhibit F).

33. Travelers also knowingly underestimated and misclassified the labor times necessary to repair the subject vehicle.

34. Kallemeyn Collision used an industry-standard, computerized estimating system to calculate repair times for operations necessary to repair the subject vehicle.

35. The estimating system Kallemeyn Collision used to calculate the cost of repairs for the subject vehicle specified 14.0 units of mechanical repairs to be performed at the mechanical labor rate.

36. Travelers used a different estimating system to prepare its estimate of repair costs.

37. Although the estimating system Travelers used specified 9.1 units of mechanical repairs, Travelers adjusted the Karls' claim based on only 4.3 units of mechanical repairs.

38. Upon information and belief, Travelers intentionally miscategorized 4.8 units of "mechanical" repairs as "body" repairs so that the cost of such repairs would be calculated using the body labor rate of $50.00/unit as opposed to Kallemeyn Collision's reasonable mechanical labor rate of $156.00/unit.

4

39. By wrongfully designating mechanical repairs as body repairs and then applying an unreasonably low labor rate, Travelers sought to under indemnify the Karls by more than $500.00 in terms of mechanical repairs.

40. Kallemeyn Collision complained to Travelers about Travelers' misclassification of mechanical repairs as body repairs, but Travelers refused to adjust the Karls' claim based on the proper amount of mechanical repairs.

41. Travelers further refused to adjust the Karls' claim based on the cost of repairing the subject vehicle according to repair procedures specified by the vehicle manufacturer, Honda.

42. By engaging in the conduct described above, Travelers estimated the total cost of repairing the subject vehicle to be $6,210.06 versus Kallemeyn Collision's total of $8,119.43; a difference of $1,909.37 not including the Karls' $250 deductible.

43. Upon information and belief, when the Karls complained to Travelers about the insurer's refusal to pay the difference in repair costs, Travelers falsely represented to the Karls that Kallemeyn Collision's charges, including Kallemeyn Collision 's labor rates, were exorbitant, unethical, and fraudulent.

44. Travelers' misrepresentations about Kallemeyn Collision's charges created a dispute between Kallemeyn Collision and the Karls.

45. The Karls refused to pay the difference in repair costs in excess of their $250.00 deductible.

46. In response, Kallemeyn Collision rightfully asserted a possessory lien against the subject vehicle.

FILED DATE: 9/29/2021 7:19 PM   2021L065089

FILED DATE: 9/29/2021 7:19 PM    2021L065089

47.    Thereafter, the Karls initiated a social-media campaign to defame and disparage
       Kallemeyn Collision and Jeff Kallemeyn to pressure Kallemeyn Collision into releasing
       the subject vehicle without receiving full payment for its services. (Exhibit G).

48.    For example, the Karls created a blog entitled "Kallemeyn Lemont @scumbagwatcher"
       that stated, in part:

            "Kallemeyn Collision is a body shop in Lemont – they are currently holding my
            vehicle hostage and conducting unethical business practices. Jeff Kallemeyn is
            trying to charge labor rates in excess of $155/hr. whereas the market rate is
            $85/hr."

49.    The Karls boasted that the blog reached more than 4,000 people in the communities from
       which Kallemeyn draws its customers, including "Lemont, Orland, Palos, Downers, etc."

50.    A person who saw the blog commented: "Kallemeyn is obviously a crook scumbag…I
       will be sure to spread the word that friends should avoid this con artist."

51.    Additionally, on or about Sunday, March 14, 2021, the Karls placed dozens of yard signs
       in Lemont and the surrounding area stating: "Kallemeyn SCAMS! Beware!"

52.    The statements the Karls published about Kallemeyn Collision and Jeff Kallemeyn were
       false and defamatory and were a direct and proximate result of false and defamatory
       statements Travelers made to the Karls.

53.    Thereafter, to stop the publication of further defamatory and disparaging statements,
       Kallemeyn Collision, Jeff Kallemeyn, and the Karls entered into an agreement that,
       among other things, assigned from the Karls to Kallemeyn Collision the title and
       ownership of claims the Karls have against defendants under the subject policy relating to
       payment of repair costs. (Exhibit H)

6

FILED DATE: 9/29/2021 7:19 PM    2021L065089

54.   Travelers is engaged in a pattern and practice of deceiving and under indemnifying Illinois consumers like the Karls as to amounts rightfully due for the cost of collision repairs under the policies of automobile insurance Travelers sells, including past and prospective customers of Kallemeyn Collision.

## COUNT I
### (Breach of Contract)

55.   Plaintiffs hereby reallege and incorporate paragraphs 1 through 54 as though fully set out herein.

56.   Travelers contracted with the Karls to provide automobile insurance as set forth in the subject policy.

57.   Upon information and belief, the Karls complied with all the terms and conditions precedent to the policy, including paying all premiums.

58.   The Karls' claim for the damage to the subject vehicle was covered under Coverage E – Collision, of the subject policy.

59.   Travelers therefore became liable to pay the Karls for the cost of repairing the subject vehicle as provided by the subject policy and Illinois law.

60.   Travelers refused, and continues to refuse, to honor the terms of the subject policy and provide indemnity for the loss.

61.   Travelers' refusal to pay the $8,119 cost to repair the subject vehicle minus the Karls' $250 deductible constitutes a breach of the insurance contract.

62.   Travelers' adjustment of the Karls' claim based on labor rates that do not reflect the reasonable and necessary cost of repairs charged by Kallemeyn Collision constitutes a breach of the insurance contract.

FILED DATE: 9/29/2021 7:19 PM   2021L065089

63. The Karls assigned and transferred to Kallemeyn Collision and Jeff Kallemeyn the title and ownership of the Karls' claim for breach of contract and the right to receive the proceeds due and owing under the policy.

64. Travelers' breach of the insurance contract has proximately caused Kallemeyn Collision to suffer damages in an amount in excess of $1,909.37, including the cost of repairs, prejudgment interest, and attorneys' fees.

**WHEREFORE**, plaintiffs, Kallemeyn Collision and Jeff Kallemeyn, pray that this Court enter judgment in their favor and against Defendants, TSFIC and Travelers, and award damages in excess of $2,000.00, and grant such other and further relief as this Court deems fair and just.

**COUNT II**
**("Bad Faith")**

65. Plaintiffs hereby reallege and incorporate paragraphs 1 through 64 as though fully set forth herein.

66. At all relevant times, there was in effect the Illinois Insurance Code, 215 ILCS 5/1 *et seq.*, and the Illinois Department of Insurance Regulations, 50 Ill.Admin.Code, Ch. I, Part 919 ("Part 919).

67. At all relevant times, Travelers was required to comply with the provisions of the Illinois Insurance Code and Part 919 in its dealings with the Karls.

68. Section 155 of the Illinois Insurance Code provides, in relevant part, as follows:

In any action by or against a company wherein there is in issue the liability of a company on a policy or policies of insurance or the amount of the loss payable thereunder, or for an unreasonable delay in settling the claim, and it appears to the court that such action or delay is vexatious and unreasonable, the court may allow as part of the taxable cost in the action, reasonable attorney's fees, other costs, plus an amount not to exceed any one of the following amounts:

8

FILED DATE: 9/29/2021 7:19 PM    2021L065089

(a)    60% of the amount which the court or jury finds such party is entitled to recover against the company, exclusive of all costs;

(b)    $60,000

(c)    the excess of the amount which the court or jury finds such party is entitled to recover, exclusive of costs, over the amount, if any, which the company offered to pay in settlement of the claim prior to the action.

69.    Travelers acted vexatiously and unreasonably in the investigation, handling, and partial denial of the Karls' claim for coverage under the subject policy.

70.    It was unreasonable and vexatious for Travelers to offer to settle the Karls' claim based on a written estimate of repair costs that the insurer knew was not reasonable, was not based on applicable policy provisions, and would not have allowed for the insured vehicle to be repaired in a workmanlike manner.

71.    It was unreasonable and vexatious for Travelers to adjust the Karls' claim based on labor rates that the insurer knew did not reflect the reasonable cost of such services.

72.    It was unreasonable and vexatious for Travelers to represent to the Karls that Kallemeyn Collision's labor rates were fraudulent when Travelers knew such representations were false.

73.    It was unreasonable and vexatious for Travelers to refuse to pay for all necessary mechanical repairs for the subject vehicle at the appropriate mechanical labor rate.

74.    It was unreasonable and vexatious for Travelers to refuse to pay for repair procedures specified by the vehicle manufacturer.

75.    It was unreasonable and vexatious for Travelers to deprive the Karls of the use of their vehicle by refusing to pay the Karls amounts that were clearly due under the policy.

9

FILED DATE: 9/29/2021 7:19 PM   2021L065089

76.  It was unreasonable and vexatious for Travelers to create the dispute between the Karls and Kallemeyn Collision by knowingly and purposefully denying payment for legitimate repair costs.

77.  It was unreasonable and vexatious for Travelers to force the Karls, through their assignee, Kallemeyn Collision, to retain counsel and file this lawsuit to secure coverage and payment for claims that fall squarely within the coverage provided by the subject policy.

78.  Travelers handled the Karls' claim in a manner designed to deprive the Karls of the benefits of the subject policy.

79.  Travelers engaged in various improper claims practices as defined by the Illinois Insurance Code (215 ILCS 154.6), including, but not limited to: knowingly misrepresenting relevant facts or policy provisions relating to coverages at issue; compelling policyholders to institute suits to recover amounts due; and, refusing to pay claims without conducting a reasonable investigation based on all available information.

80.  Travelers' unreasonable and vexatious actions and delay violated §155 of the Illinois Insurance Code.

81.  The Karls assigned and transferred to Kallemeyn Collision and Jeff Kallemeyn the title and ownership of the Karls' claim for extracontractual damages under §155 of the Insurance Code.

**WHEREFORE,** plaintiffs, Kallemeyn Collision and Jeff Kallemeyn, pray that this Court enter judgment in their favor and against Defendants, TSFIC and Travelers, and grant the following relief:

        A.     Statutory penalties;

        B.     Attorney's fees and costs;

FILED DATE: 9/29/2021 7:19 PM    2021L065089

C.  Other costs and consequential damages;

D.  Such other and further relief that this Court deems equitable and just.

**COUNT III**
**(Defamation *Per Se* – Kallemeyn Collision)**

82. Plaintiffs hereby reallege and incorporate paragraphs 1 through 81 as though fully set forth herein.

83. Travelers intentionally or negligently published false and unprivileged statements about Kallemeyn Collision to third parties which damaged Kallemeyn Collision.

84. Travelers has committed defamation per se under Illinois law as the statements made to the Karls impute that Kallemeyn Collision has a want of integrity because it misrepresents the cost of collision repairs and systematically overcharges consumers and insurance companies for collision repairs by inflating the labor rates Kallemeyn Collision charges for its services.

85. Travelers has committed defamation per se under Illinois law as the statements made to the Karls, and that the Karls then published to other third parties, impute that Kallemeyn Collision commits fraud and lacks ability in its trade of estimating repair costs and repairing damaged vehicles.

86. As a direct and proximate result of defendants' false and defamatory statements, Kallemeyn Collision has suffered and will continue to suffer damages to its reputation and economic damages.

**WHEREFORE**, plaintiff, Kallemeyn Collision, prays that this Court enter judgment in its favor and against the defendants, TSFIC and Travelers, and award the appropriate presumed

FILED DATE: 9/29/2021 7:19 PM   2021L065089

damages, compensatory damages, punitive damages, costs, and any further relief that the Court deems equitable and just.

**COUNT IV**
**(Defamation *Per Se* – Jeff Kallemeyn)**

87.  Plaintiffs hereby reallege and incorporate paragraphs 1 through 86 as though fully set forth herein.

88.  Travelers intentionally or negligently published false and unprivileged statements about Jeff Kallemeyn to third parties which damaged Jeff Kallemeyn.

89.  Jeff Kallemeyn is known in the community, including the local automotive and insurance communities, to be the owner and manager of Kallemeyn Collision.

90.  Travelers has committed defamation per se under Illinois law as the statements Travelers made to the Karls, and that the Karls then published to other third parties, impute that Jeff Kallemeyn has a want of integrity as the owner and manager of Kallemeyn Collision because Kallemeyn Collision misrepresents the cost of collision repairs and systematically overcharges consumers and insurance companies for collision repairs.

91.  As a direct and proximate result of Travelers' false and defamatory statements, Jeff Kallemeyn has suffered and will continue to suffer impairment of reputation and standing in the community, personal humiliation, mental anguish, and economic damages.

**WHEREFORE**, plaintiff, Jeff Kallemeyn, prays that this Court enter judgment in his favor and against the defendants, TSFIC and Travelers, and award the appropriate presumed damages, compensatory damages, punitive damages, costs, and any further relief that the Court deems equitable and just.

FILED DATE: 9/29/2021 7:19 PM  2021L065089

## COUNT V
### (Common Law Commercial Disparagement – Kallemeyn Collision)

92.    Plaintiffs hereby reallege and incorporate paragraphs 1 through 91 as though fully set
       forth herein.

93.    By stating to the Karls that Kallemeyn Collision defrauds consumers and insurance
       companies by charging labor rates of $156.00/unit, Travelers published false and
       unprivileged statements about Kallemeyn Collision to third parties which were intended
       to call into question the quality and integrity of Kallemeyn Collision's collision-repair
       services in order to inflict pecuniary harm.

94.    As a direct and proximate result of defendants' disparaging statements, Kallemeyn
       Collision has suffered and will continue to suffer economic damages.

       **WHEREFORE**, plaintiff, Kallemeyn Collision, prays that this Court enter judgment in
its favor and against the defendants, TSFIC and Travelers, and award the appropriate presumed
damages, compensatory damages, punitive damages, costs, and any further relief that the Court
deems equitable and just.

## COUNT VI
### (Violation of Illinois Uniform Deceptive Trade Practices Act – Kallemeyn Collision)

95.    Plaintiffs hereby reallege and incorporate paragraphs 1 through 94 as though fully set
       forth herein.

96.    Travelers disparaged the business and services of Kallemeyn Collision by making false
       and misleading representations of fact about Kallemeyn Collision's charges for its
       services.

13

FILED DATE: 9/29/2021 7:19 PM    2021L065089

97.   The false and misleading representations of fact Travelers made about Kallemeyn
      Collision violate the Illinois Uniform Deceptive Trade Practices Act ("IDTPA") (815
      ILCS 510/1 et seq.).

98.   Specifically, pursuant to 815 ILCS 510/2(a)(8): "A person engages in a deceptive trade
      practice when, in the course of his or her business, vocation, or occupation, the person...
      disparages the goods, services, or business of another by false or misleading
      representation of fact."

99.   Travelers disparaged the services and business of Kallemeyn Collision by making
      wilfully false and misleading representations of fact to the Karls about Kallemeyn
      Collision, including Kallemeyn Collision's labor rates.

100.  Travelers represented to the Karls that Kallemeyn Collision's $156.00/unit labor rate for
      mechanical repairs was almost double the market rate of $85.00/unit.

101.  Travelers' representation that the market rate for mechanical repairs was $85.00/unit was
      wilfully false and misleading because Travelers knew that the market rate for such repairs
      was $156.00/unit.

102.   Kallemeyn Collision has reason to believe that representatives of Travelers engage in a
      pattern and practice of making similarly false and misleading representations of fact to
      Kallemeyn Collision's existing and prospective customers to dissuade such consumers
      from using Kallemeyn Collision to repair their respective vehicles.

103.  Travelers engages in such deceptive trade practices as part of an ongoing practice by
      Travelers to disparage Kallemeyn Collision.

104.  The false and misleading representations by Travelers confuse and deceive consumers
      and Kallemeyn Collision is likely to be damaged by such practices in the future.

FILED DATE: 9/29/2021 7:19 PM   2021L065089

105. Kallemeyn Collision has no practical way to protect itself from Travelers' disparaging statements unless Travelers' representatives are enjoined from making such statements.

106. As a direct and proximate result of defendants' disparaging statements, Kallemeyn Collision has suffered and will continue to suffer economic damages.

**WHEREFORE**, plaintiff, Kallemeyn Collision, prays that this Court enter judgment in its favor and against the defendants, TSFIC and Travelers, and award the appropriate compensatory damages, injunctive relief, attorneys' fees, costs, and any further relief that the Court deems equitable and just.

**COUNT VII**
**(Violation of Illinois Consumer Fraud and Deceptive Business Practices Act – Kallemeyn Collision)**

107. Plaintiffs hereby reallege and incorporate paragraphs 1 through 106 as though fully set forth herein.

108. Travelers engaged in unfair and deceptive acts or practices, including misrepresentation and the concealment, suppression, and omission of material facts with the intent that the Karls rely upon such misrepresentations and the concealment, suppression, and omission of material facts in its dealings with the Karls' and Kallemeyn Collision.

109. Travelers deceived the Karls by wilfully misrepresenting the labor rates for collision-repair services, which caused the Karls to disparage Kallemeyn Collision and to breach their contract with Kallemeyn Collision.

110. Kallemeyn Collision suffered actual damage as a result of Travelers unfair and deceptive practices.

111. Travelers' unfair and deceptive practices violate the Illinois Consumer Fraud and Deceptive Business Practices Act ("CFDBPA") (815 ILCS 505/1 et seq.).

FILED DATE: 9/29/2021 7:19 PM   2021L065089

**WHEREFORE**, plaintiff, Kallemeyn Collision, prays that this Court enter judgment in its favor and against the defendants, TSFIC and Travelers, and award the appropriate compensatory damages, punitive damages, injunctive relief, attorneys' fees, costs, and any further relief that the Court deems equitable and just.

**COUNT VIII**
**(Tortious Interference With Contract – Kallemeyn Collision)**

112.  Plaintiffs hereby reallege and incorporate paragraphs 1 through 111 as though fully set forth herein.

113.  A valid and enforceable contract for automobile repairs existed between Kallemeyn Collision and the Karls.

114.  Travelers was aware of the contract between Kallemeyn and the Karls.

115.  Travelers intentionally and unjustifiably induced the Karls to breach the contract with Kallemeyn Collision by defaming and disparaging Kallemeyn Collision and Jeff Kallemeyn.

116.  Travelers intentionally and unjustifiably induced the Karls to breach the contract with Kallemeyn Collision by representing to the Karls that Kallemeyn Collision's labor rates were unethical and exorbitant when Travelers knew its statements were false and were designed specifically to cause Kallemeyn Collision financial harm.

117.  Travelers' statements to the Karls about Kallemeyn Collision and Jeff Kallemeyn were false, unjustified, malicious, and self-interested as they were intended to harm plaintiffs and were contrary to the interests of the Karls.

118.  Travelers' statements and actions were not privileged because they were antagonistic to the fair and prompt settlement of the Karls' insurance claim.

119. Travelers' wrongful conduct caused the Karls to breach their contract with Kallemeyn Collision by refusing to pay for repairs performed.

120. As a direct and proximate result of Travelers' wrongful conduct, Kallemeyn Collision has suffered and will continue to suffer economic damages.

**WHEREFORE**, plaintiff, Kallemeyn Collision, prays that this Court enter judgment in its favor and against the defendants, TSFIC and Travelers, and award the appropriate compensatory damages, punitive damages, attorneys' fees, costs, and any further relief that the Court deems equitable and just.

**COUNT IX**
**(Tortious Interference With Prospective Economic Advantage – Kallemeyn Collision)**

121. Plaintiffs hereby reallege and incorporate paragraphs 1 through 120 as though fully set forth herein.

122. Travelers' adjustment of the Karls' insurance claim based on a purposefully and objectively unreasonable estimate of repair costs was intended to not only cause the Karls to breach their existing contract with Kallemeyn Collision, but also to cause the Karls and other prospective customers to not do business with Kallemeyn Collision in the future.

123. Travelers' false and defamatory statements about Kallemeyn Collision and Jeff Kallemeyn were published to more than 4,000 prospective customers of Kallemeyn Collision.

124. Travelers' false and defamatory statements about Kallemeyn Collision and Jeff Kallemeny caused one prospective customer of Kallemeyn to comment: "Kallemeyn is obviously a crook scumbag...I will be sure to spread the word that friends should avoid this con artist."

17

125. Upon information and belief, thousands more prospective customers of Kallemeyn
Collision saw yard signs in Lemont and the surrounding area stating: "Kallemeyn
SCAMS! Beware!."

126. Kallemeyn Collision had a reasonable expectation of entering into valid business
relationships with the Karls and others who heard or read false and defamatory
statements about Kallemeyn Collision and Jeff Kallemeyn.

127. Travelers knew about Kallemeyn Collision's reasonable expectancy.

128. Travelers' purposeful and malicious interference with Kallemeyn Collision's business
prevented and will continue to prevent Kallemeyn Collision's legitimate expectancy from
ripening into valid business relationships.

129. As a direct and proximate result of Travelers' wrongful conduct, Kallemeyn Collision has
suffered and will continue to suffer damages.

**WHEREFORE**, plaintiff, Kallemeyn Collision, prays that this Court enter judgment in
its favor and against the defendants, TSFIC and Travelers, and award the appropriate
compensatory damages, punitive damages, attorneys' fees, costs, and any further relief that the
Court deems equitable and just.

## JURY DEMAND

Plaintiffs demand trial by jury.

Respectfully submitted,
KALLEMEYN COLLISION CENTER, INC.,
And JEFF KALLEMEYN,

By:___*Patrick J. McGuire*_____
One of their attorneys

Patrick J. McGuire
Law Offices of Patrick J. McGuire, P.C.
119 S. Emerson Street

18

FILED DATE: 9/29/2021 7:19 PM  2021L065089

FILED DATE: 9/29/2021 7:19 PM   2021L065089

Suite 192
Mt. Prospect, IL 60056
(312) 541-0500
Atty No: 35708
Patrick.mcguire@pjmlegal.com

Hearing Date: No hearing scheduled
Courtroom Number: No hearing scheduled
Location: No hearing scheduled

FILED
9/29/2021 7:19 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L065089

15019065

FILED DATE: 9/29/2021 7:19 PM   2021L065089

# Exhibit A



FILED DATE: 9/29/2021 7:19 PM   2021L065089

**Policy Number**    996661328 203 1
**Policy Period**      10/17/2016 – 04/17/2017
12:01 A.M. STANDARD TIME at your address shown in item 1
of the Automobile Policy Declarations



KEVIN AND JENNIFER KARL

October 17, 2016

Thank you for choosing Travelers for your
auto insurance. We're always available to
assist you with claims, questions or additional
insurance needs.

The enclosed, personalized policy package
was created just for you.

You'll find these item(s) in the following order:

# Welcome to Travelers!

## QUESTIONS?

| | |
|---|---|
| Policy questions or changes | 1-708-490-8652 |
| 24 hour claim service | 1-800-252-4633 |
| Billing and payment information | 1-800-842-5075 |
| Roadside assistance | 1-800-252-4633 |
| Online | MyTravelers.com |

**Claim Cards -** If you're ever in an accident, break the cards below in half and give the right side to the other driver.

**Insurance ID Cards -** You may need these cards as proof of insurance, so keep them in a safe place in your vehicle
such as the glove box.

**Declarations, Insurance Policy and Endorsements -** Please review these documents to confirm your coverage.

**Important Notices -** Including information about our privacy policy, billing options, consumer reporting and more.

We hope you never need to file a claim, but if the unexpected happens we'll be there for you.
We're committed to getting you back on the road - fast.

On behalf of MRAZ INSURANCE SERVICES, we look forward to serving you.

Sincerely,

*Michael Klein*

Michael Klein
President
Personal Insurance

PL-50010 (03-12)

| **TRAVELERS** | **TRAVELERS** | **TRAVELERS** | **TRAVELERS** |
|---|---|---|---|
| **Call us immediately to report your claim** **1-800-252-4633** | **Call us immediately to report your claim** **1-800-252-4633** | **Call us immediately to report your claim** **1-800-252-4633** | **Call us immediately to report your claim** **1-800-252-4633** |
| **We're here to help** 24 hours a day, 365 days a year | **We're here to help** 24 hours a day, 365 days a year | **We're here to help** 24 hours a day, 365 days a year | **We're here to help** 24 hours a day, 365 days a year |
| Break in half. → (See other side.) | ← Break in half. (See other side.) | Break in half → (See other side.) | ← Break in half. (See other side.) |
| **FOR YOU** | **FOR OTHER DRIVER** | **FOR YOU** | **FOR OTHER DRIVER** |

 **TRAVELERS** **ILLINOIS INSURANCE CARD**

This card must be carried in the vehicle at all times as evidence of insurance.

**Year Make** **Model**
2014 HONDA PILOT EX

**Vehicle identification number (VIN)**
9295

**Policy number**
996661328 203 1

**Effective date** **Expiration date**
10/17/2016 04/17/2017

**Insured**
KEVIN AND JENNIFER KARL

**NAIC** 19070

**Company:** THE STANDARD FIRE INSURANCE COMPANY

**For policy questions and changes**
MRAZ INSURANCE SERVICES
708-390-8652

**To report a claim**
**or get roadside assistance**
1-800-252-4633 (24 hours x 365 days a year)

**Keep this card in the vehicle at all times. See reverse side.**

 **TRAVELERS** **ILLINOIS INSURANCE CARD**

This card must be carried in the vehicle at all times as evidence of insurance.

**Year Make** **Model**

**Vehicle identification number (VIN)**

**Policy number**
996661328 203 1

**Effective date** **Expiration date**
10/17/2016 04/17/2017

**Insured**
KEVIN AND JENNIFER KARL

**NAIC** 19070

**Company:** THE STANDARD FIRE INSURANCE COMPANY

**For policy questions and changes**
MRAZ INSURANCE SERVICES
708-390-8652

**To report a claim**
**or get roadside assistance**
1-800-252-4633 (24 hours x 365 days a year)

**Keep this card in the vehicle at all times. See reverse side.**





## Automobile Policy Declarations

**1. Named Insured**
KEVIN AND JENNIFER KARL

**Your Agency's Name and Address**
MRAZ INSURANCE SERVICES
15506 ORLAN BROOK DR UNIT 249
ORLAND PARK, IL 60462

**Your Auto Policy Number**     996661328 203 1
**Your Account Number**

| For Policy Service | 1-708-390-8652 |
| For Claim Service | 1-800-252-4633 |
| For Roadside Assistance | 1-800-252-4633 |

### 2. Premium

Your Total Premium for the Policy Period is

The policy period is from October 17, 2016 to April 17, 2017 12:01 A.M. STANDARD TIME at your address shown in Item 1.

### 3. Your Vehicles

1.  2014 HONDA PILOT EX
2.

**Identification Numbers**

20295

### 4. Coverages, Limits of Liability and Premiums

Insurance is provided only where a premium entry is shown for the coverage. The premium entry "Incl" or "Pkg" means the premium charge is included in the premium for another coverage or a package.

|  | **VEHICLE 1** | **VEHICLE 2** |
|---|---|---|
|  | **14 HONDA PILOT EX** | |
| **A. Bodily Injury** | | |
| each person | | |
| each accident | | |
| **B. Property Damage** | | |
| each accident | | |
| **C. Medical Payments** | | |
| each person | | |
| **D. Uninsured Motorists Bodily Injury** | | |
| each person | | |
| each accident | | |
| **D1. Underinsured Motorists Bodily Injury** | | |
| each person | | |
| each accident | | |
| **E. Collision** | | |
| Actual Cash Value less $250 deductible | $85 | |

PL-50014 (03-12)
422/0DBX24

FILED DATE: 9/29/2021 7:19 PM  2021L065089



**TRAVELERS**

FILED DATE: 9/29/2021 7:19 PM   2021L065089

## 4. Coverages, Limits of Liability and Premiums (continued)

Insurance is provided only where a premium entry is shown for the coverage. The premium entry "Incl" or "Pkg" means the premium charge is included in the premium for another coverage or a package.

|  | VEHICLE 1 | VEHICLE 2 |
|---|---|---|
|  | 14 HONDA PILOT EX | ▮▮▮ |
| **F. Comprehensive** | | |
| Actual Cash Value less $250 deductible | $27 | ◼ |
| **Roadside Assistance Coverage** | | |
| See Endorsement E1RCW01 (06-13) Up to 15 miles per disablement | ◼ | ◼ |

### OTHER PREMIUM*

|  |  | OTHER PREMIUM* |
|---|---|---|
| Accident Forgiveness | | Pkg |
| Minor Violation Forgiveness | | Pkg |
| Package Premiums^ | | |
| Responsible Driver Plan | | ◼ |
| **Subtotal for your vehicle(s):** | $304 ◼ | |
| **Subtotal for Other Premium*:** | | ◼ |



**This is not a bill. You will be billed separately for this transaction.**

* Other Premium are charges for coverages and packages not specific to a vehicle.
^ The Responsible Driver Plan consists of the Accident Forgiveness and Minor Violation Forgiveness features.

## 5. Information Used to Rate Your Policy

**Discounts**

Safe Driver Discount
  5 Years Accident and Violation Free
Multi-Policy Discount
Multi-Car Discount
Good Payer Discount
Continuous Insurance Discount
Early Quote Discount
New Car Discount
Anti-Theft Discount

14 HONDA
14 HONDA      



FILED DATE: 9/29/2021 7:19 PM 2021L065089

| Named Insured | KEVIN AND JENNIFER KARL | Policy Number | 996661328 203 1 |
| Policy Period | October 17, 2016 to April 17, 2017 | Issued On Date | October 17, 2016 |

## 5. Information Used to Rate Your Policy (continued)



**Drivers**
1. KEVIN
2. JENNIFER



**Date of Birth**

**Gender**
Male
Female

**Marital Status**
Married
Married

**License Status**
Licensed
Licensed

**Vehicles**
1. 14 HONDA PILOT EX
2.

**Use of Vehicle**
Commute
Commute

**Location of Vehicle**
LEMONT, IL

If any of the information above is incorrect or has changed, please notify your Travelers representative immediately.

## 6. Other Information

**Your Insurer**
THE STANDARD FIRE INSURANCE COMPANY
ONE TOWER SQUARE, HARTFORD, CT 06183

**Policy Coverage Sections and Endorsements That Form a Part of This Policy:**

| G01IL01 (01-15) | General Provisions Section |
| L01IL01 (08-15) | Liability Coverage Section |
| M01IL01 (08-15) | Medical Payments Coverage Section |
| U01IL01 (01-15) | Uninsured Motorists Coverage Section |
| B01IL01 (01-15) | Underinsured Motorists Coverage Section |
| P01IL01 (08-15) | Damage To Your Auto Coverage Section |
| S01CW00 (03-12) | Signature Page |
| E1RCW01 (06-13) | Roadside Assistance Coverage |
| E2OCW00 (11-14) | Shared Deductible |

Issued on 10/17/2016

Countersignature: _____

## FOR YOUR INFORMATION

For information about how Travelers compensates independent agents and brokers, please visit www.Travelers.com or call our toll free telephone number 1-866-904-8348. You may also request a written copy from Marketing at One Tower Square, 2GSA, Hartford, Connecticut 06183.

FILED DATE: 9/29/2021 7:19 PM   2021L065089



## 6. Other Information (continued)

It is important that the information we used to rate your policy is correct.  It is your responsibility to make sure that the information on these Declarations is accurate and complete, including checking that you are receiving all the discounts for which you are eligible.  To see a full list of discounts offered, including discounts for having multiple policies with us or being a good driver, go to www.travelers.com/discounts. Once at the website, type in your policy number 9966613282031 and product code QA2 to view the discounts available.  If any of the information on the Declarations has changed, appears incorrect, or is missing, please advise your Travelers agent or representative immediately. Your Travelers agent or representative is also available to review the information on the Declarations with you.

FILED DATE: 9/29/2021 7:19 PM   2021L065089

**Effective: 10/17/2016**

T01IL00 (03-12)

## ILLINOIS PERSONAL AUTO POLICY

---

## YOUR PERSONAL AUTO POLICY QUICK REFERENCE

---

### DECLARATIONS PAGE
    Your Name and Address
    Your Auto or Trailer
    Policy Period
    Coverages and Amounts of Insurance

---

|  | Beginning on Page |
|---|---|
| **GENERAL PROVISIONS SECTION** | |
| AGREEMENT | GP-1 |
| GENERAL DEFINITIONS | GP-1 |
| DUTIES AFTER AN ACCIDENT OR LOSS | GP-2 |
| GENERAL CONDITIONS | GP-3 |
|   Bankruptcy | GP-3 |
|   Changes | GP-3 |
|   Fraud | GP-4 |
|   Legal Action Against Us | GP-4 |
|   Our Right To Recover Payment | GP-4 |
|   Policy Period And Territory | GP-4 |
|   Transfer Of Your Interest In This Policy | GP-4 |
|   Two Or More Policies Issued To You | GP-4 |
|   Termination | GP-4 |
| **LIABILITY COVERAGE SECTION** | |
| **Coverage A – Bodily Injury** | |
| **Coverage B – Property Damage** | |
|   Insuring Agreement | L-1 |
|   Supplementary Payments | L-1 |
|   Exclusions | L-1 |
|   Limit Of Liability | L-2 |
|   Out Of State Coverage | L-3 |
|   Financial Responsibility | L-3 |
|   Other Insurance | L-3 |
| **MEDICAL PAYMENTS COVERAGE SECTION** | |
| **Coverage C – Medical Payments** | |
|   Insuring Agreement | MP-1 |
|   Exclusions | MP-1 |
|   Limit Of Liability | MP-2 |
|   Other Insurance | MP-2 |

© The Travelers Indemnity Company. All rights reserved.

Effective: 10/17/2016

T01IL00 (03-12)

# UNINSURED MOTORISTS COVERAGE SECTION
## Coverage D – Uninsured Motorists Bodily Injury

Insuring Agreement ................................................................................... UM-1
Exclusions ................................................................................................. UM-1
Limit Of Liability ........................................................................................ UM-2
Other Insurance ........................................................................................ UM-2
Arbitration ................................................................................................. UM-3

# UNDERINSURED MOTORISTS COVERAGE SECTION
## Coverage D1 – Underinsured Motorists Bodily Injury

Insuring Agreement ................................................................................... UIM-1
Exclusions ................................................................................................. UIM-1
Limit Of Liability ........................................................................................ UIM-2
Other Insurance ........................................................................................ UIM-3
Arbitration ................................................................................................. UIM-3
General Provisions .................................................................................... UIM-3

# DAMAGE TO YOUR AUTO COVERAGE SECTION
## Coverage E – Collision
## Coverage F – Comprehensive
## Coverage G – Custom Equipment – Increased Limit

INSURING AGREEMENT ........................................................................... PD-1
ADDITIONAL COVERAGES

   A. Airbag Replacement ......................................................................... PD-2
   B. Child Safety Seat ............................................................................. PD-2
   C. Custom Equipment ........................................................................... PD-2
   D. Transportation Expenses ................................................................. PD-2
OPTIONAL COVERAGE

   Coverage G – Custom Equipment – Increased Limit ........................... PD-2
EXCLUSIONS .......................................................................................... PD-2
LIMIT OF LIABILITY ................................................................................. PD-4
PAYMENT OF LOSS ............................................................................... PD-4
NO BENEFIT TO BAILEE ........................................................................ PD-4
OTHER SOURCES OF RECOVERY ....................................................... PD-4
APPRAISAL ............................................................................................. PD-4
LOSS PAYABLE CLAUSE ....................................................................... PD-5

# SIGNATURE PAGE
SIGNATURE PAGE ................................................................................... S-1

© The Travelers Indemnity Company. All rights reserved.

FILED DATE: 9/29/2021 7:19 PM 2021L065089

G01IL01 (01-15)

# ILLINOIS PERSONAL AUTO POLICY

**Travelers Companies**
One Tower Square, Hartford, Connecticut 06183
(Each a Stock Insurance Company)

## GENERAL PROVISIONS SECTION

**Unless otherwise stated, the provisions in this General Provisions Section apply to all Coverage Sections and endorsements of this policy.**

## AGREEMENT

In return for payment of the premium and subject to all the terms of this policy, we will provide the coverages you have selected. These are shown by premium entries in the Declarations. The Declarations is a part of this policy.

## GENERAL DEFINITIONS

Throughout this policy:

A. "You" and "your" refer to:
  1. The "named insured" shown in the Declarations; and
  2. The spouse if a resident of the same household.

  The term spouse includes, if a resident of the same household:
  a. The civil partner of the "named insured", provided such civil union was obtained in a state where a civil union is legally recognized; or
  b. The "domestic partner" of the "named insured".

  If the spouse ceases to be a resident of the same household during the policy period or prior to the inception of this policy, the spouse will be considered "you" or "your" under this policy but only until the earlier of:
  a. The end of 90 days following the spouse's change of residency;
  b. The effective date of another policy listing the spouse as a named insured; or
  c. The end of the policy period.

B. "We", "us" and "our" refer to the member company of Travelers providing this insurance and shown as the insurer in Item 6 of the Declarations.

C. We consider a private passenger auto, sport utility vehicle, pickup or van to be owned by a person if leased:
  1. Under a written agreement to that person; and
  2. For a continuous period of at least 6 months.

D. "Minimum limits" refers to the following limits of liability, as required by Illinois law, to be provided under a policy of automobile liability insurance:
  1. $25,000 for each person, subject to $50,000 for each accident, with respect to "bodily injury"; and
  2. $20,000 for each accident with respect to "property damage".

Other words and phrases are defined. They are in quotation marks when used.

E. "Bodily injury" means bodily harm, sickness or disease, including death that results.

F. "Business" includes trade, profession or occupation.

G. "Domestic partner" means a person who is in a continuing spouse-like relationship with a named insured for the purpose of a domestic life. Both persons must be 18 years of age or older and may not be related to each other by blood. Neither may be married to another person, or be a "domestic partner" or partner by civil union of any other person.

H. "Newly acquired auto":
  1. "Newly acquired auto" means any of the following types of vehicles of which you become the owner during the policy period:
    a. A private passenger auto or sport utility vehicle; or
    b. A pickup or van, for which no other insurance policy provides coverage, that:
      (1) Has a Gross Vehicle Weight Rating of 10,000 lbs. or less; and

G01IL01 (01-15)

**Page GP-1**

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

FILED DATE: 9/29/2021 7:19 PM    2021L065089

G01IL01 (01-15)

(2) Is not used for the delivery or transportation of goods and materials unless such use is:

    (a) Incidental to your "business" of installing, maintaining or repairing furnishings and equipment; or

    (b) For farming or ranching.

2. Coverage for a "newly acquired auto" is provided as described in 3.a. and 3.b. below. If you ask us to insure a "newly acquired auto" after a specified time period described below has elapsed, any coverage we provide for that "newly acquired auto" will begin at the time you request the coverage and you will not have coverage for the elapsed period of time.

3. Coverage for a "newly acquired auto" depends on whether the vehicle is in addition to or replaces a vehicle shown in the Declarations.

    a. A "newly acquired auto" which is in addition to any vehicle shown in the Declarations will have the broadest coverage we provide for any vehicle shown in the Declarations. Coverage begins on the date you become the owner. However, for coverage to apply you must ask us to insure it within 30 days after you become the owner.

    b. If a "newly acquired auto" replaces a vehicle shown in the Declarations, it will have the same coverage as the vehicle it replaced without your having to ask us to insure it. However, you must ask us to insure a replacement vehicle within 30 days if:

        (1) You wish to add or continue any coverage provided in the Damage To Your Auto Coverage Section; or

        (2) It is a pickup or van used in any "business" other than farming or ranching.

I. "Occupying" means:

  1. In;

  2. Upon; or

  3. Getting in, on, out or off.

J. "Property damage" means physical injury to, destruction of or loss of use of tangible property.

K. "Resident relative" means a person related to you by blood, marriage, civil union or adoption who is a resident of your household. This includes a ward or foster child. Your unmarried dependent children, wards, and foster children while temporarily away from home will be considered residents if they intend to resume residing in your household.

L. "Trailer" means a vehicle designed to be pulled by a:

  1. Private passenger auto or sport utility vehicle; or

  2. Pickup or van.

It also means a farm wagon or farm implement while towed by a vehicle listed in 1. or 2. above.

M. "Your covered auto" means:

  1. Any vehicle shown in the Declarations.

  2. A "newly acquired auto".

  3. Any "trailer" you own.

  4. Any private passenger auto, sport utility vehicle, pickup, van or "trailer" you do not own while used as a temporary substitute for any other vehicle described in this definition which is out of normal use because of its:

    a. Breakdown;

    b. Repair;

    c. Servicing;

    d. Loss; or

    e. Destruction.

This provision (M.4.) does not apply to the Damage To Your Auto Coverage Section.

## DUTIES AFTER AN ACCIDENT OR LOSS

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

A. We must be notified promptly of how, when and where the accident or loss happened. Notice should also include the names and addresses of any injured persons and of any witnesses.

B. A person seeking any coverage must:

  1. Cooperate with us in the investigation, settlement or defense of any claim or suit.

  2. Promptly send us copies of any notices or legal papers received in connection with the accident or loss.

3. Submit, as often as we reasonably require:

  a. To physical exams by physicians we select. We will pay for these exams.

  b. To examination under oath and subscribe the same. We may require such exam under oath:

    (1) Form other persons insured under this policy (including a "resident relative").

    (2) Be done separately and outside the presence of any witnesses or persons insured or seeking benefits under this policy.

G01IL01 (01-15)

Page GP-2

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

FILED DATE: 9/29/2021 7:19 PM   2021L065089

G01IL01 (01-15)

4. Authorize us to obtain:
   a. Medical reports; and
   b. Other pertinent records.
5. Submit a proof of loss when required by us.

## Additional Duties For Uninsured Motorists Coverage

If Coverage D – Uninsured Motorists Bodily Injury is shown in the Declarations, a person seeking coverage must also promptly:
A. Notify the police if a hit-and-run driver is involved.
B. Send us copies of the legal papers if a suit is brought.

## Additional Duties For Underinsured Motorists Coverage

If Coverage D1 – Underinsured Motorists Bodily Injury is shown in the Declarations, a person seeking coverage under this Coverage Section must also:
1. Give us in writing of a "tentative settlement" and allow us 30 days to advance payment in an amount equal to that settlement to pre-serve our rights against the owner or operator of the "underinsured motor vehicle".
2. File suit against the owner or operator of the "underinsured motor vehicle" prior to the conclusion of a "settlement agreement". Such suit cannot be abandoned or settled without giving us written notice of a "tentative settlement" and allowing us 30 days to advance payment in an amount equal to that settlement to preserve our rights against the owner or operator of the "underinsured motor vehicle".

3. Promptly send us copies of the legal papers if a suit is brought.

## Additional Duties For Uninsured Motorists Property Damage Coverage

If Coverage D2 – Uninsured Motorists Property Damage is shown in the Declarations, a person seeking coverage under this Coverage Section must also:
1. Promptly send us copies of the legal papers if a suit is brought.
2. Provide us with:
   a. The name and address of the owner of the "uninsured motor vehicle"; or
   b. The registration number or description of such vehicle; or
   c. Any other available information to establish that there is no applicable motor vehicle property damage liability insurance.

## Additional Duties For Collision And Comprehensive Coverages

If Coverage E – Collision or Coverage F – Comprehensive is shown in the Declarations, a person seeking coverage must also:
A. Take reasonable steps after loss to protect "your covered auto" or any "non-owned auto" and their equipment from further loss. We will pay reasonable expenses incurred to do this.
B. Promptly notify the police if "your covered auto" or any "non-owned auto" is stolen.
C. Permit us to inspect and appraise the damaged property before its repair or disposal.

---

# GENERAL CONDITIONS

## Bankruptcy

Bankruptcy or insolvency of the "insured" will not relieve us of any obligations under this policy.

## Changes

A. This policy contains all the agreements between you and us. Its terms may not be changed or waived except by endorsement issued by us.
B. If there is a change to the information used to develop the policy premium, we may adjust your premium. Changes during the policy term that may result in a premium increase or decrease include, but are not limited to, changes in:
   1. The number, type or use of insured vehicles;
   2. Operators using insured vehicles;

3. The place of principal garaging of insured vehicles; or
4. Coverage, deductible or limits.
If a change resulting from A. or B. above requires a premium adjustment, we will make the premium adjustment in accordance with our manual rules.
C. If we make a change which broadens coverage under this edition of your policy without additional premium charge, that change will automatically apply to your policy as of the date we implement the change in Illinois. This paragraph (C.) does not apply to changes implemented with a general policy revision that includes both broadenings and restrictions in coverage, whether that general policy revision is implemented through introduction of:

G01IL01 (01-15)

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

FILED DATE: 9/29/2021 7:19 PM 2021L065089

G01IL01 (01-15)

1. A subsequent edition of your policy or any of its Coverage Sections; or
2. An amendatory endorsement.

**Fraud**

We do not provide coverage for any person under this policy who has made fraudulent statements or engaged in fraudulent conduct in connection with any accident or loss for which coverage is sought under this policy.

**Legal Action Against Us**

A. No legal action may be brought against us until there has been full compliance with all the terms of this policy. In addition, under the Liability Coverage Section, no legal action may be brought against us until:
   1. We agree in writing that the "insured" has an obligation to pay; or
   2. The amount of that obligation has been finally determined by judgment after trial.
B. No person or organization has any right under this policy to bring us into any action to determine the liability of an "insured".
C. Under Coverage D – Uninsured Motorists Bodily Injury, and Coverage D1 – Underinsured Motorists Bodily Injury, legal action may be brought against us only within two years of the date that a tentative settlement has been reached.

**Our Right To Recover Payment**

A. If we make a payment under this policy and the person to or for whom payment was made has a right to recover damages from another we are subrogated to that right. That person must do:
   1. Whatever is necessary to enable us to exercise our rights; and
   2. Nothing after loss to prejudice them.
   However, our rights in this Paragraph (A.) do not apply under the Damage To Your Auto Coverage Section, against any person using "your covered auto" with a reasonable belief that such person is entitled to do so.
B. If we make a payment under this policy and the person to or for whom payment is made recovers damages from another, that person must:
   1. Hold in trust for us the proceeds of the recovery; and
   2. Reimburse us to the extent of our payment.

**Policy Period And Territory**

A. This policy applies only to accidents and losses which occur:

1. During the policy period shown in the Declarations; and
2. Within the policy territory.
B. The policy territory is:
   1. The United States of America, its territories or possessions;
   2. Puerto Rico; or
   3. Canada.
   This policy also applies to loss to, or accidents involving, "your covered auto" while being transported between their ports.

**Transfer Of Your Interest In This Policy**

A. Your rights and duties under this policy may not be assigned without our written consent. However, if a named insured shown in the Declarations dies, coverage will be provided for:
   1. The surviving spouse if resident in the same household at the time of death. Coverage applies to the spouse as if a named insured shown in the Declarations; and
   2. The legal representative of the deceased person as if a named insured shown in the Declarations. This applies only with respect to the representative's legal responsibility to maintain or use "your covered auto".
B. Coverage will only be provided until the end of the policy period.

**Two Or More Policies Issued To You**

If this policy and any other auto insurance policy issued to you by us or any of our personal insurance affiliates apply to the same accident, the maximum limit of our liability under all the policies shall not exceed the highest applicable limit of liability under any one policy.

**Termination**

A. Cancellation
   This policy may be cancelled during the policy period as follows:
   1. The named insured shown in the Declarations may cancel by:
      a. Returning this policy to us; or
      b. Giving us advance written notice of the date cancellation is to take effect.
      We may accept another form of notice from the named insured. If there is more than one person shown as named insured in the Declarations, any named insured may cancel this policy. The cancellation by one named insured will be binding on any other named insured.
   2. We may cancel by mailing to the named insured shown in the Declarations at the ad-

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

—

FILED DATE: 9/29/2021 7:19 PM    2021L065089

G01IL01 (01-15)

dress last known by us and to such named insured's agent or broker of record:

a.  At least 10 days notice if cancellation is for nonpayment of premium; or

b.  At least 30 days notice in all other cases.

Our notice of cancellation must include a specific explanation of the reason for cancellation.

3.  After this policy is in effect for 60 days, or if this is a renewal or continuation policy, we will cancel only:

a.  For nonpayment of premium; or

b.  If your driver's license or that of:

(1) Any driver who lives with you; or

(2) Any driver who customarily uses "your covered auto";

has been suspended or revoked. This must have occurred during the 12-month period immediately preceding the notice of cancellation;

c.  If the policy was obtained through material misrepresentation;

d.  For violations of any of the policy's terms or conditions;

e.  For failure to disclose fully your motor vehicle accidents and moving traffic violations for the preceding 36 months if this information was requested in the application;

f.  If any "insured" made a false or fraudulent claim or knowingly helped someone else in presenting that kind of claim;

g.  If you, any driver who lives with you or any driver who customarily uses "your covered auto" has been convicted or forfeited bail, during the 36 months immediately preceding the notice of cancellation, for:

(1) Any felony;

(2) Criminal negligence resulting in death, homicide, or assault arising out of the operation of a motor vehicle;

(3) Operating a motor vehicle while intoxicated or under the influence of drugs;

(4) Leaving the scene of an accident without stopping to report it;

(5) Theft or unlawful taking of a motor vehicle; or

(6) Making false statements in an application for a driver's license.

4.  Nonpayment of premium means the failure to pay any premium or premium installment or any related billing fees or late fees.

B.  Nonrenewal

We have the right to not renew or continue this policy at the end of the policy period shown in the Declarations. If we decide not to renew or continue this policy, we will mail notice to the named insured shown in the Declarations at the address last known to us and to such named insured's agent or broker of record. Notice will be mailed at least 30 days before the end of the policy period and will include a specific explanation of the reasons for nonrenewal. Subject to this notice requirement, if the policy period is:

1.  Less than 6 months, we will have the right not to renew or continue this policy every 6 months, beginning 6 months after its original effective date.

2.  6 months or longer, but less than one year, we will have the right not to renew or continue this policy at the end of the policy period.

3.  1 year or longer, we will have the right not to renew or continue this policy at each anniversary of its original effective date.

If this policy has been in effect for 5 years or more, we will only nonrenew or refuse to continue the policy if we:

1.  Mail you notice of our intent 60 days prior to the expiration date; or

2.  Are otherwise permitted to by Illinois law.

C.  Automatic Termination

1.  If we offer to renew or continue your policy for another policy period and you or your representative do not accept, this policy will automatically terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due means that you have not accepted our offer.

2.  If you obtain other insurance on "your covered auto", any similar insurance provided by this policy will terminate as to that auto on the effective date of the other insurance.

D.  Other Termination Provisions

1.  If the law in effect in Illinois at the time this policy is issued or continued:

a.  Requires a longer notice period;

b.  Requires a special form of or procedure for giving notice; or

c.  Modifies any of the stated termination reasons;

we will comply with those requirements.

2.  Proof of mailing of any notice will be sufficient proof of notice.

3.  If this policy is cancelled, you may be entitled to a premium refund. If so, we will send you the refund. The premium refund, if any, will be computed pro rata. However, making

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**G01IL01 (01-15)**

FILED DATE: 9/29/2021 7:19 PM   2021L065089

or offering to make the refund is not a condition of cancellation.

4. The effective date of cancellation stated in the notice will become the end of the policy period.

5. We will give the same advance notice of cancellation or nonrenewal to the loss payee stated in the policy as we give to the named insured shown in the Declarations.

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

FILED DATE: 9/29/2021 7:19 PM 2021L065089

P01IL01 (08-15)

## DAMAGE TO YOUR AUTO COVERAGE SECTION
### Coverage E – Collision
### Coverage F – Comprehensive
### Coverage G – Custom Equipment - Increased Limit

**INSURING AGREEMENT**
**Coverage E – Collision**
**Coverage F – Comprehensive**

A. We will pay for direct and accidental loss to "your covered auto" or any "non-owned auto", including their equipment, minus any applicable deductible shown in the Declarations. We will pay for loss caused by:
1. "Collision" only if the Declarations indicates that Coverage E – Collision is provided for that auto. Under this coverage, we will not pay for losses that are covered under Coverage F – Comprehensive.
2. "Comprehensive" only if the Declarations indicates that Coverage F – Comprehensive is provided for that auto.

If losses to more than one "your covered auto" result from the same "collision", only one deductible amount will apply. If the deductible amount differs for each auto involved in the accident, then only the highest deductible will apply.

We will not subtract any deductible for the amount we will pay for a loss to:
1. Any "non-owned auto" caused by "collision" or "comprehensive".
2. "Your covered auto" caused by "collision" with a vehicle not owned by you or a "resident relative" but insured by us or any of our affiliated companies under a personal auto policy.

If there is a loss to a "non-owned auto", we will provide the broadest coverage applicable to any "your covered auto" shown in the Declarations.

B. As used in this Coverage Section:
1. "Collision" means the upset of "your covered auto" or a "non-owned auto" or their impact with another vehicle or object.
2. "Comprehensive" means loss to "your covered auto" or a "non-owned auto" not caused by "collision". Losses caused by the following are not "collision" losses but are "comprehensive" losses:
   a. Missiles or falling objects;
   b. Fire;
   c. Theft or larceny;
   d. Explosion or earthquake;
   e. Windstorm;

f. Hail, water or flood;
g. Malicious mischief or vandalism;
h. Riot or civil commotion;
i. Contact with bird or animal; or
j. Breakage of glass.
If breakage of glass is caused by a "collision", you may elect to have it considered a loss caused by "collision".
3. "Custom equipment" means any permanently attached or installed:
   a. Furnishings, mechanical or electrical parts, equipment, devices, accessories, murals, graphics, non-standard paint, enhancements or changes that alter the appearance or performance of any private passenger auto, sport utility vehicle, pickup or van; or
   b. Electronic equipment used in any private passenger auto, sport utility vehicle, pickup or van that reproduces, receives or transmits audio, visual or data signals.
   "Custom equipment" does not include:
   a. Vehicle options offered by the original manufacturer specifically for that vehicle model and model year, whether that option is installed with original or non-original parts of like kind and quality;
   b. Equipment installed to make a vehicle handicap accessible; or
   c. A cap, cover or bedliner in or upon a pickup.
4. "Fungi" means any type or form of fungus, including mold or mildew, and any of the following that are produced or released by "fungi":
   a. Mycotoxins;
   b. Spores;
   c. Scents; or
   d. By-products.
5. "Non-owned auto" means:
   a. Any private passenger auto, sport utility vehicle, pickup, van or "trailer" not owned by or furnished or available for the regular use of you or any "resident relative" while in the custody of or being operated by you or any "resident relative"; or
   b. Any private passenger auto, sport utility vehicle, pickup, van or "trailer" you do not own while used as a temporary substitute for "your covered auto" which is out of normal use because of its:

P01IL01 (08-15)

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

FILED DATE: 9/29/2021 7:19 PM    2021L065089

P01IL01 (08-15)

(1) Breakdown;
(2) Repair;
(3) Servicing;
(4) Loss; or
(5) Destruction.

## ADDITIONAL COVERAGES

Provided there is Coverage E – Collision or Coverage F – Comprehensive, as shown in the Declarations for "your covered auto" the following coverages apply.

### A. Airbag Replacement

Under Coverage F – Comprehensive we will pay to replace or reset an airbag that inflates due to malfunction in "your covered auto". This additional coverage does not apply to a "non-owned auto".

We will only make payment under this additional coverage to the extent the malfunction is not covered by warranty, other service agreement, or any other product recall.

Exclusion 2. of this Coverage Section does not apply to this additional coverage.

No deductible applies to this additional coverage.

### B. Child Safety Seat

In the event of a Coverage E – Collision or Coverage F – Comprehensive covered loss where we determine that a child safety seat's integrity is compromised, we will pay to replace with like kind and quality the child safety seat, provided it was in "your covered auto" or a "non-owned auto" at the time of the covered loss.

If a covered loss occurs when the child safety seat is in a "non-owned auto", we will provide the broadest coverage applicable to any "your covered auto" shown in the Declarations.

No deductible applies to this additional coverage.

### C. Custom Equipment

We will pay up to $1500 for "custom equipment" and any related labor and installation costs as part of a Coverage E – Collision or Coverage F – Comprehensive covered loss. Regardless of the amount of "custom equipment" installed on "your covered auto" or a "non-owned auto", this limit is the most we will pay for all damage and any related labor and installation costs for any one covered loss.

If there is a covered loss to "custom equipment" on a "non-owned auto", we will provide the broadest coverage applicable to any "your covered auto" shown in the Declarations.

Exclusion 4. does not apply to the extent coverage is provided under this additional coverage.

This additional coverage is subject to your deductibles.

### D. Transportation Expenses

Under Coverage F – Comprehensive we will pay for:
1. Reasonable transportation expenses incurred by you in the event of the total theft of "your covered auto"; or
2. Loss of use expenses for which you become legally responsible in the event of the total theft of a "non-owned auto".

We will pay up to $30 per day, to a maximum of $900. These limits are the most we will pay for transportation expenses and loss of use expenses.

We will pay only those expenses incurred during the period:
1. Beginning 48 hours after the theft; and
2. Ending when "your covered auto" or the "non-owned auto" is returned to use, or we offer to pay for its loss.

No deductible applies to this additional coverage.

## OPTIONAL COVERAGE

### Coverage G – Custom Equipment - Increased Limit

If Coverage G – Custom Equipment - Increased Limit is shown in the Declarations for a specific "your covered auto", ADDITIONAL COVERAGE – Custom Equipment is amended for that "your covered auto" as follows:
The limit shown in the Declarations replaces the $1500 limit for "custom equipment".

All other provisions and limitations applicable to ADDITIONAL COVERAGE – Custom Equipment apply.

## EXCLUSIONS

The following exclusions apply to this DAMAGE TO YOUR AUTO COVERAGE SECTION. We will not pay for:

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

FILED DATE: 9/29/2021 7:19 PM 2021L065089

P01IL01 (08-15)

1. Loss to "your covered auto" or any "non-owned auto" which occurs while it is being used, or during the period of time it is available for hire, as a public or livery conveyance. This Exclusion (1.) applies whether or not there is:

   a. A passenger "occupying" the vehicle; or
   b. Property being transported for a fee in or upon the vehicle.

   This Exclusion (1.) does not apply to a vehicle used for a:

   a. Share-the-expense car pool;
   b. Charitable purpose; or
   c. Volunteer purpose.

2. Damage due and confined to:

   a. Wear and tear;
   b. Freezing;
   c. Mechanical or electrical breakdown or failure; or
   d. Road damage to tires.

   This Exclusion (2.) does not apply if the damage results from the total theft of "your covered auto" or any "non-owned auto".

3. Loss due to or as a consequence of:

   a. Radioactive contamination;
   b. Discharge of any nuclear weapon (even if accidental);
   c. War (declared or undeclared);
   d. Civil war;
   e. Insurrection; or
   f. Rebellion or revolution.

4. Loss to "custom equipment".

5. Loss to any electronic equipment that reproduces, receives, or transmits audio, visual or data signals. This includes:

   a. Radios and stereos;
   b. Tape decks;
   c. Compact disk systems;
   d. Navigation systems;
   e. Internet access systems;
   f. Personal computers;
   g. Video entertainment systems;
   h. Telephones;
   i. Televisions;
   j. Two-way mobile radios;
   k. Scanners; or
   l. Citizens band radios.

   This Exclusion (5.) does not apply to electronic equipment that is permanently installed in "your covered auto" or any "non-owned auto".

6. Loss to tapes, discs, chips, memory cards or any other removable media used to store audio, visual or other data. We also will not pay for loss of or reconstruction of data contained in such devices.

7. Loss to equipment used for the detection or location of, or interference with, speed measuring devices.

8. Loss due to actual or perceived loss in market value or resale value.

9. Loss to "your covered auto" or any "non-owned auto" due to confiscation by governmental or civil authorities. This Exclusion (9.) does not apply to the interests of any loss payee shown in the Declarations for that "your covered auto".

10. Loss to "your covered auto" or any "non-owned auto" which occurs while participating or competing in, or practicing or preparing for any prearranged or organized:

    a. Racing contest, meet or rally, whether against another vehicle or against time;
    b. Demolition contest;
    c. Stunting activity; or
    d. High performance driving or racing instruction course or school.

    This Exclusion (10.) applies only while the vehicle is at a location, whether temporary or permanent, established for any of the above purposes.

11. Loss to any "non-owned auto" when used by you or any "resident relative" without a reasonable belief that you or that "resident relative" are entitled to do so.

12. Loss to any "non-owned auto" while being maintained or used by any person while employed or otherwise engaged in the "business" of:

    a. Selling;
    b. Repairing;
    c. Servicing;
    d. Storing; or
    e. Parking;

    vehicles designed for use on public highways. This includes road testing and delivery.

13. Loss to any "non-owned auto" being maintained or used by any person while employed or otherwise engaged in a "business" not described in Exclusion 12. This Exclusion (13.) does not apply to the maintenance or use by you or any "resident relative" of a "non-owned auto" which is a private passenger auto, sport utility vehicle or "trailer".

14. Loss to:

    a. A "trailer", camper body or motor home which is not shown in the Declarations; or
    b. Facilities or equipment used with any "trailer", camper body or motor home. Facilities or equipment include but are not limited to:
       (1) Cooking, dining, plumbing or refrigeration facilities;
       (2) Awnings or cabanas; or
       (3) Any other facilities or equipment used with a "trailer", camper body or motor home.

    This Exclusion (14.) does not apply to:

    a. A "trailer", and its facilities or equipment, that you do not own; or
    b. A "trailer", camper body, or the facilities or equipment in or attached to the "trailer" or camper body, that you:
       (1) Acquire during the policy period; and

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

P01IL01 (08-15)

(2) Ask us to insure within 30 days after you become the owner.
15. Loss to "your covered auto" during a period it is rented or leased by you to others. However, this Exclusion (15.) does not apply to the operation of "your covered auto" by you or a "resident relative".
16. Loss to, or loss of use of, a "non-owned auto" rented to:
   a. You; or
   b. Any "resident relative";
   if a rental vehicle company is precluded from recovering such loss or loss of use, from you or that "resident relative", pursuant to the provisions of any applicable rental agreement or state law.
17. Loss to "your covered auto" or any "non-owned auto" arising out of the actual, alleged or threatened presence, growth or proliferation or spread of "fungi", or for any testing or remediation of "fungi". This Exclusion (17.) does not apply if the "fungi" are the direct result of a loss payable under either Coverage E – Collision or Coverage F – Comprehensive, and such coverage is provided under this policy.
18. The cost to re-code or replace locks in the event a key or electronic control pad associated with such locks is lost or stolen.

## LIMIT OF LIABILITY

A. Our limit of liability for loss will be the lesser of the:
   1. Actual cash value of the stolen or damaged property at the time of loss. An adjustment for depreciation and physical condition will be made in determining actual cash value; or
   2. Amount necessary to repair or replace stolen or damaged parts or equipment of the functionally equivalent design and material necessary to restore the vehicle to its pre-loss physical condition at the time of loss. If we pay to replace a part or parts, we have the option to pay for new, used, reconditioned or remanufactured:
      a. Original equipment manufacturer replacement parts or equipment; or
      b. Non-original equipment manufacturer replacement parts or equipment.
   However, the most we will pay for loss to any "non-owned auto" which is a "trailer", including its facilities and equipment, is $2000.
B. We may deduct for betterment:
   1. If the deductions reflect a measurable decrease in market value attributable to the poorer condition of, or prior damage to, the vehicle.
   2. If the deductions are for prior wear and tear, missing parts and rust damage that is reflective of the general overall condition of the ve-

hicle considering its age. In this event, deductions may not exceed $500.
C. No one will be entitled to receive duplicate payments for the same elements of loss under this Coverage Section and:
   1. Any other Coverage Section or part of this policy; or
   2. Any other personal auto policy issued to you by us or any of our affiliates.

## PAYMENT OF LOSS

We may pay for loss in money or repair or replace the damaged or stolen property. We may, at our expense, return any stolen property to:
1. You; or
2. The address shown in this policy.
If we return stolen property we will pay for any damage resulting from the theft. We may keep all or part of the property at an agreed or appraised value.
If we pay for loss in money, our payment will include the applicable sales tax for the damaged or stolen property.
Subject to the Loss Payable Clause, we may, at our option, make payment to one or more of the following:
1. You;
2. The owner; or
3. On your behalf, the repairer.

## NO BENEFIT TO BAILEE

This insurance will not directly or indirectly benefit any carrier or other bailee for hire.

## OTHER SOURCES OF RECOVERY

If other sources of recovery also cover the loss to "your covered auto", we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits.

However, any insurance we provide with respect to a "non-owned auto" will be excess over any other collectible sources of recovery including, but not limited to:
1. Any coverage provided by the owner of the "non-owned auto";
2. Any other applicable physical damage insurance;
3. Any other source of recovery applicable to the loss.

## APPRAISAL

A. If we and you do not agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will select a competent and impartial appraiser within 20 days after receiving the written request from the other. The two appraisers

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

FILED DATE: 9/29/2021 7:19 PM   2021L065089

FILED DATE: 9/29/2021 7:19 PM 2021L065089

will select an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the actual cash value and the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

1.  Pay its chosen appraiser; and
2.  Bear the expenses of the appraisal and umpire equally.

B.  We do not waive any of our rights under this policy by agreeing to an appraisal.

## LOSS PAYABLE CLAUSE

Loss or damage under this policy shall be paid, as interest may appear, to you and the loss payee shown in the Declarations. This insurance with respect to the interest of the loss payee, shall not become invalid because of your fraudulent acts or omissions unless the loss results from your conversion, secretion or embezzlement of "your covered auto". However, we reserve the right to cancel the policy as permitted by policy terms and the cancellation will terminate this agreement as to the loss payee's interest. If the reason for cancellation is nonpayment of premium, then, we will mail the loss payee written notice at least 10 days before the effective date of cancellation. In all other cases, we will mail the loss payee written notice at least 30 days before the effective date of cancellation.

When we pay the loss payee we will, to the extent of payment, be subrogated to the loss payee's rights of recovery.

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

S01CW00 (03-12)

## SIGNATURE PAGE

FILED DATE: 9/29/2021 7:19 PM   2021L065089

This policy is signed for the member company of Travelers which is the insurer under this policy.

Wendy C. Skjerven
Corporate Secretary

Michael Klein
President
Personal Insurance

**S01CW00 (03-12)**

S-1

© 2012 The Travelers Indemnity Company. All rights reserved.

FILED DATE: 9/29/2021 7:19 PM   2021L065089

# Exhibit B

FILED DATE: 9/29/2021 7:19 PM   2021L065089

**Kallemeyn Collision Center, Inc.**
**16039 New Ave. Lemont IL 60439**
**630-257-2277**
**FAX 630-257-2279**
**Authorization**

**Email Address** _Jennifer karl @ icloud. com_

**CustomerName:** _Jennifer Karl_

**Address:** _12    Auburn Crt_    **City** _____

**State** _IL_ **Zip:** _60439_ **Cell Phone:** _630 5448267_ **Other:** _____

**Vehicle Year:** _2014_ **Make:** _Honda_ **Model:** _Pilot_    **Mileage:** _136067_

**VIN:** _5FNYF4H59EB020295_    **Est. Repair Days:** ____ **Storage/Day: $**_____

**Insurance**
**(If applicable)** _Travelers_
**1st Party:** _____    **3rd Party** _____

"You are entitled to price estimate for the repairs you have authorized. The repair price may be less than the estimate but shall not exceed: (1) any price limited estimate; or, (2) any parts or labor estimate by more than 10% Additional repairs may not be performed without your consent. You may waive your right to notification, which gives the collision repair facility the right to set the price without your permission. Your signature will indicate your selection.

**ILLINOIS LAW REQUIRES YOUR SIGNATURE ON ONE OF THE FOLLOWING:**

(a) I request an estimate in writing before you begin repairs.

**Signature:** _____    **Date:** _1. 6. 20_

(b) Please proceed with repairs but call me for approval before continuing if the price exceeds:
$_____

**Signature:** _____    **Date:** _____

(c) I do not want an estimate and you may set the price of the repair.

**Signature:** _____    **Date:** _1-20-21_

This estimated price for authorized repairs will be honored if the motor vehicle is delivered to the facility within the time period agreed to by the consumer and the collision repair facility."

I understand that my vehicle will not be released until Kallemeyn Collision Center has received a payment in full. By my signature above, I acknowledge that I have read and agreed to the terms and conditions stated herein. A list of charges incidental to repairs is available upon request.

Where and insurance claim is involved, the undersigned hereby appoints and grants Kallemeyn Collision Center Inc. with power-of-attorney, limited to negotiation and signing as endorsement, my name on insurance checks or drafts pertaining to the authorized repairs.

**Date:** _1. 6. 20_ **Customer Signature:** _____

FILED DATE: 9/29/2021 7:19 PM   2021L065089

# Exhibit C

# Kallemeyn Collision Center

**RO #011865**

16039 New Avenue (Main Street)
Lemont, IL 60439
(630) 257-2277  Fax: (630) 257-2279

Date: 2/26/2021
Time: 11:41:42AM

**Final Bill**  Page 1 of 4

FILED DATE: 9/29/2021 7:19 PM  2021L065089

| | | |
|---|---|---|
| JENNIFER KARL | Make: 2014 Honda | TRAVELERS INSURANCE-NAPERVILL |
| 12 Auburn Ct | Model: Pilot | 215 SHUMAN BLVD |
| Lemont, IL 60439 | Style: 4D Ut | NAPERVILLE, IL 60563 |
| | License: | |
| | Color: | Adjuster: |
| Home: *(630) 544-8267 | VIN: 5FNYF4H59EB020295 | Ins. Co. Phone  (630) 961-8153 x |
| Work: | Miles In: 136,067 Miles Out: | Claim #: IPQ5224001 |
| Cell/Fax: | Hat No.: | Date of Loss: |
| Est.: JOE KLEIN | Unit No.: | Source: Mitchell UltraMate® |
| Arrived: 1/20/2021 Delivered: | | |

\*\*\*  **Thank you for your patronage**  \*\*\*

| Line | Line Items | | Price | Labor | Paint | Other |
|---|---|---|---|---|---|---|
| 1 | Refin Frt Bumper Cover | | | | 2.9 R | |
| 2 | Overhaul Frt Bumper Cover Assy | | | 2.9 B | | |
| 3 | Repl Frt Bumper Cover | S1 | 189.93 F | | | |
| 4 | OEM PART PRICE CONESSION | S9 | | | | |
| 5 | Repl Frt Bumper Cover Garnish | S1 | 33.33 F | | | |
| 6 | R&I Frt Bumper Cover | | | | | |
| 7 | OEM PART PRICE CONESSION | S9 | | | | |
| 8 | Repl Frt Lwr Bumper Cover Garnish | | 115.35 F | | | |
| 9 | Repl R Frt Bumper Fog Lamp Cover | | 12.52 F | | | |
| 10 | Repl L Frt Bumper Fog Lamp Cover | | 12.52 F | | | |
| 11 | Repl Frt Bumper License Plate Frame | | 15.32 F | | | |
| 12 | R&I R Front Combination Lamp | S2 | | | | |
| 13 | R&I L Front Combination Lamp | S2 | | | | |
| 14 | R&I Radiator | S2 | | | | |
| 15 | Repl Cooling Radiator | S7 | 314.18 F | | | |
| 16 | part price conceesion to qrp | S7 | | | | |
| 17 | R&I Cooling Recovery Tank | S6 | | | | |
| 18 | R&I Trans Oil Cooler -M | S9 | | 1.3 M | | |
| 19 | Repl Trans Oil Cooler Bracket | S2 | 48.18 F | | | |
| 20 | Repl A/C Refrigerant Recovery -M | S2 | | 0.3 M | | |
| 21 | Repl A/C Condenser Assy -M | S4 | 259.39 F | | | |
| 22 | Repl Evacuate & Recharge A/C -M | S2 | | 1.4 M | | |
| 23 | part price concession correct part liste | S4 | | | | |
| 24 | Repl Frt Receiver/Drier Tube -M | S6 | 54.72 F | 0.8 M | | |
| 25 | TUBE BENT FROM COLLISION | S9 | | | | |
| 26 | Repl Rear Receiver/Drier Tube -M | S8 | 116.10 F | 0.8 M | | |
| 27 | REPLACEMENT SPLIT DESIGN NO MORE 1 PIECE | S9 | | | | |
| 28 | R&I A/C Compressor -M | S6 | | 1.9 M | | |
| 29 | HAVE TO REMOVE TO REMOVE/INSTALL RAD SUP | S9 | | | | |
| 30 | R&I R Fender Assy | S2 | | 1.4 B | | |
| 31 | R&I L Fender Assy | S2 | | 1.4 B | | |
| 32 | R&I R Fender Liner | S6 | | | | |
| 33 | R&I L Fender Liner | S6 | | | | |
| 34 | Repl Frt Body Radiator Support (Steel/HSS) -S | S4 | 657.89 F | 11.0 B | | |
| 35 | Check/Adjust Headlamps | S2 | | 0.4 B | | |

# Kallemeyn Collision Center

16039 New Avenue (Main Street)
Lemont, IL 60439
(630) 257-2277  Fax: (630) 257-2279

**RO #011865**

**Final Bill**  Page 2 of 4

Date:  2/26/2021
Time:  11:41:42AM

| | |
|---|---|
| JENNIFER KARL | Make: 2014 Honda |
| 12 Auburn Ct | Model: Pilot |
| Lemont, IL 60439 | Style: 4D Ut |
| | License: |
| | Color: |
| Home: *(630) 544-8267 | VIN: 5FNYF4H59EB020295 |
| Work: | Miles In: 136,067 Miles Out: |
| Cell/Fax: | Hat No.: |
| Est.: JOE KLEIN | Unit No.: |
| Arrived: 1/20/2021 Delivered: | |

TRAVELERS INSURANCE-NAPERVILL
215 SHUMAN BLVD
NAPERVILLE, IL 60563

Adjuster:
Ins. Co. Phone    (630) 961-8153 x
Claim #:  IPQ5224001
Date of Loss:
Source:  Mitchell UltraMate®

***  **Thank you for your patronage**  ***

| Line | Line Items | | Price | Labor | Paint | Other |
|---|---|---|---|---|---|---|
| 36 | Refin Radiator Support Complete | S2 | | | 1.5 R | |
| 37 | Repl Add To R&R Mechanical Components -M | S2 | | 0.5 M | | |
| 38 | part concession price for offcett other | S4 | | | | |
| 39 | Repl R Frt Body Apron Reinf -S | S5 | 65.42 F | 2.5 B | | |
| 40 | Refin R Apron Reinforcement | S2 | | | 0.5 R | |
| 41 | REQUIRED TO REPALCE RAD SUPPORT | S9 | | | | |
| 42 | Repl L Frt Body Apron Reinf -S | S5 | 65.42 F | 2.5 B | | |
| 43 | Refin L Apron Reinforcement | S2 | | | 0.5 R | |
| 44 | REQUIRE TO REPLACE RAD SUPPORT | S9 | | | | |
| 45 | Repr R Frt Body Sidemember Assy (Steel/HSS)-S | S2 | | 3.0 B | | |
| 46 | Refin R Front Sidemember Complete | S2 | | | 1.0 R | |
| 47 | REPAIR RAILS FROM RAD SUPPORT | S9 | | | | |
| 48 | Repr L Frt Body Sidemember Assy (Steel/HSS)-S | S2 | | 3.0 B | | |
| 49 | Refin L Front Sidemember Complete | S2 | | | 1.0 R | |
| 50 | REPAIR RAILS FROM RAD SUPPORT | S9 | | | | |
| 51 | R&I Sub-Frame -M | S2 | | 2.5 M | | |
| 52 | PARTIAL DROP (RAD SUPPORT REPLACEMENT) | S9 | | | | |
| 53 | R&I R Engine Wiring Harness -M | S6 | | 3.0 M | | |
| 54 | R&I Fuse Box Bracket | S6 | | 0.3 B | | |
| 55 | Repl Disable & Enable Air Bag System -M | S2 | | 0.3 M | | |
| 56 | R&I R Frt Air Bag Impact Sensor -M | S6 | | 0.3 M | | |
| 57 | R&I L Frt Air Bag Impact Sensor -M | S6 | | 0.3 M | | |
| 58 | R&I Alloy Wheel | S9 | | 0.6 B | | |
| 59 | .3 PER WHEEL BOTH FRONTS | S9 | | | | |
| 60 | R&I Steering Fluid Reservoir -M | S6 | | 0.6 M | | |
| 61 | R&I Air Cleaner Assy | S2 | | | | |
| 62 | Repl Lwr Air Cleaner Cover | S6 | 29.73 F | 0.5 B | | |
| 63 | BOTTOM CRACKED | S9 | | | | |
| 64 | R&I W/Shield Washer Tank | S6 | | | | |
| 65 | R&I R Rocker Moulding | S6 | | 0.3 B | | |
| 66 | TO REMOVE FENDERS | S9 | | | | |
| 67 | R&I L Rocker Moulding | S6 | | 0.3 B | | |
| 68 | TO REMOVE FENDERS | S9 | | | | |
| 69 | HAZARDOUS WASTE DISPOSAL | | | | | 3.00 Z |
| 70 | Material/Tax required | | | | | |
| 71 | FLEX ADDITIVE | | | | | 8.00 P |
| 72 | Cavity Wax | S2 | 20.00 O | | | |

FILED DATE: 9/29/2021 7:19 PM    2021L065089

# Kallemeyn Collision Center

**RO #011865**

16039 New Avenue (Main Street)
Lemont, IL 60439
(630) 257-2277  Fax: (630) 257-2279

Date: 2/26/2021
Time: 11:41:42AM

**Final Bill**  Page 3 of 4

FILED DATE: 9/29/2021 7:19 PM  2021L065089

| | | |
|---|---|---|
| JENNIFER KARL | Make: 2014 Honda | TRAVELERS INSURANCE-NAPERVILJ |
| 12 Auburn Ct | Model: Pilot | 215 SHUMAN BLVD |
| Lemont, IL 60439 | Style: 4D Ut | NAPERVILLE, IL 60563 |
| | License: | |
| | Color: | Adjuster: |
| Home: *(630) 544-8267 | VIN: 5FNYF4H59EB020295 | Ins. Co. Phone (630) 961-8153 x |
| Work: | Miles In: 136,067 Miles Out: | Claim #: IPQ5224001 |
| Cell/Fax: | Hat No.: | Date of Loss: |
| Est.: JOE KLEIN | Unit No.: | Source: Mitchell UltraMate® |
| Arrived: 1/20/2021 Delivered: | | |

***    **Thank you for your patronage**    ***

| Line | Line Items | | Price | Labor | Paint | Other |
|---|---|---|---|---|---|---|
| 73 | Weld Thru Primer | S2 | 8.00 O | | | |
| 74 | FRAME/RACK SET UP | S2 | | 1.5 F | | |
| 75 | Clear Coat | | | | 1.0 R | |
| 76 | TINT COLOR | | | | 0.5 R | |
| 77 | RESTORE CORROSION PROTECTION | S2 | | | 0.5 R | |
| 78 | COLOR SAND & BUFF | | | | 1.0 R | |
| 79 | Paint | S2 | | | | 336.60 P |
| 80 | Repl Covid19 Sanitize | | 25.00 A | 1.0 B | | |
| 81 | Repl Buffing and Polishing materials | | 15.00 A | | | |
| 82 | Repr ROUGH PULL | S2 | | 2.0 F | | |
| 83 | Repl MASK ENGINE COMPARTMENT | S2 | 15.00 A | 0.8 B | | |
| 84 | COVER CAR | S2 | 20.00 A | | 0.5 R | |
| 85 | LARGE SUV | S2 | | | | |
| 86 | Repl grinding belts 6 total | S6 | 24.00 A | | | |
| 87 | Repr spot weld test/set up | S6 | | 1.5 B | | |
| 88 | Repl spot weld tips | S6 | 28.60 A | | | |
| 89 | Repl 4 air cleaner cover bolts to bottom cove | S6 | 2.80 F | | | |
| 90 | Repl 2 FRONT BOLTS TO LOWER RAD SUPPORT | S7 | 4.44 F | | | |
| 91 | Repl 8 FAN BOLTS | S6 | 15.44 F | | | |
| 92 | Repl 6 WIRE LOOM HOLDERS | S6 | 49.80 F | | | |
| 93 | Repl 1 O-RING RAD SENSOR | S6 | 3.08 F | | | |
| 94 | Repl 4 SCUFF BELTS WLED CLEAN UP | S6 | 12.00 A | | | |
| 95 | Repl 4 flanged bolts | S7 | 25.40 F | | | |
| 96 | Repl 4 FRONT CRADLE SUPPORT BOLTS | S7 | 24.60 F | | | |
| 97 | Repl hose clamps | S9 | 30.00 A | | | |
| 98 | CLEAR CODES Sublet | S9 | | | | 164.29 L |
| 99 | FLUID LEVEL CHECK (TRANS) COMPUTER LEVEL Sublet | S9 | | | | 82.14 L |
| 100 | Repl TRANS FLUID | S9 | 33.93 A | | | |
| 101 | Repl MECH SHOP SUPPLIES | S9 | 7.40 A | | | |
| 102 | TRANSPORT TO MECH SHOP/PICK UP | S9 | | 0.5 B | | |
| 103 | conceesion 1.0 for customer | S9 | | | | |

FILED DATE: 9/29/2021 7:19 PM    2021L065089

# Kallemeyn Collision Center

**RO #011865**

16039 New Avenue (Main Street)
Lemont, IL 60439
(630) 257-2277  Fax: (630) 257-2279

**Final Bill**   Page 4 of 4

Date:  2/26/2021
Time:  11:41:42AM

| | |
|---|---|
| JENNIFER KARL | Make:  2014  Honda |
| 12 Auburn Ct | Model:  Pilot |
| Lemont, IL 60439 | Style:  4D Ut |
| | License: |
| | Color: |
| Home:  *(630) 544-8267 | VIN:  5FNYF4H59EB020295 |
| Work: | Miles In: 136,067 Miles Out: |
| Cell/Fax: | Hat No.: |
| Est.:  JOE KLEIN | Unit No.: |
| Arrived:  1/20/2021  Delivered: | |

TRAVELERS INSURANCE-NAPERVIL]
215 SHUMAN BLVD
NAPERVILLE, IL 60563

Adjuster:
Ins. Co. Phone   (630) 961-8153 x
Claim #:  IPQ5224001
Date of Loss:
Source:  Mitchell UltraMate®

***                        Thank you for your patronage                        ***

| Totals | | Total $ | | | |
|---|---|---|---|---|---|
| Parts, Aftermarket (A) | | 210.93 | | | |
| Parts, Foreign (F) | | 2,115.56 | | | |
| Parts, Other (O) | | 28.00 | | | |
| **Parts Total** | | 2,354.49 | | | |
| Labor, Body (B) | 33.9 @ $54.00 | 1,830.60 | | | |
| Labor, Frame (F) | 3.5 @ $85.00 | 297.50 | | | |
| Labor, Mechanical (M) | 14.0 @ $156.00 | 2,184.00 | | | |
| Labor, Refinish (R) | 10.9 @ $54.00 | 588.60 | | | |
| **Labor Total** | | 4,900.70 | | | |
| Hazardous Waste (Z) | | 3.00 | | | |
| Materials, Paint (P) | | 344.60 | | | |
| Sublet Labor (L) | | 246.43 | | | |
| **Other Total** | | 594.03 | | | |
| Subtotal | | 7,849.22 | | | |
| SALES TAX | (Rate =10.000%) | 270.21 | | | |
| Total | | 8,119.43 | | | |
| Insurance Total | | 8,119.43 | | | |

FILED DATE: 9/29/2021 7:19 PM   2021L065089

# Exhibit D

M/C/SS   1-18-21

**TRAVELERS**

Auto Express Claim Center (235)
Email Supplements:
supplementrequest@travelers.com

PO Box 430
Buffalo, NY 14240
Phone: (877) 411-0768

Claim #:   IPQ5224001
Workfile ID:   S04994a0

### Estimate of Record

Written By: KEVIN LASTER, License Number: 141453, 1/12/2021 4:29:41 PM
Adjuster: Strycharz, Melissa, (860) 756-9606 Business

| | | | | | |
|---|---|---|---|---|---|
| Insured: | JENNIFER KARL | Owner Policy #: | PT5010A9966613282031 | Claim #: | IPQ5224001 |
| Type of Loss: | Collision | Date of Loss: | 01/04/2021 12:00 AM | Days to Repair: | 2 |
| Point of Impact: | 12 Front | Deductible: | 250.00 | | |

**Owner (Insured):**
JENNIFER KARL
12 AUBURN CT
LEMONT, IL 60439-4781
(630) 544-8267 Cellular

**Inspection Location:**
Virtual

**Repair Facility:**
Customer's Choice
Lemont, IL 60439

## VEHICLE

2014 HOND Pilot EX-L 4WD 4D UTV 6-3.5L Gasoline Sequential MPI Black

| | | | | | | |
|---|---|---|---|---|---|---|
| VIN: | 5FNYF4H59EB020295 | Production Date: | | Interior Color: | | |
| License: | 1428905 | Odometer: | 136159 | Exterior Color: | Black |
| State: | IL | Condition: | | | | |

**TRANSMISSION**
Automatic Transmission
4 Wheel Drive
**POWER**
Power Steering
Power Brakes
Power Windows
Power Locks
Power Mirrors
Heated Mirrors
Power Driver Seat
Power Passenger Seat
**DECOR**
Dual Mirrors
Body Side Moldings
Privacy Glass
Console/Storage
Overhead Console

**CONVENIENCE**
Air Conditioning
Intermittent Wipers
Tilt Wheel
Cruise Control
Rear Defogger
Keyless Entry
Alarm
Steering Wheel Touch Controls
Rear Window Wiper
Telescopic Wheel
Climate Control
Dual Air Condition
Backup Camera
Home Link
**RADIO**
AM Radio
FM Radio

Stereo
Search/Seek
CD Player
Auxiliary Audio Connection
Satellite Radio
**SAFETY**
Drivers Side Air Bag
Passenger Air Bag
Anti-Lock Brakes (4)
4 Wheel Disc Brakes
Traction Control
Stability Control
Front Side Impact Air Bags
Head/Curtain Air Bags
Hands Free Device
Positraction
**ROOF**
Electric Glass Sunroof

**SEATS**
Bucket Seats
Reclining/Lounge Seats
Leather Seats
Heated Seats
3rd Row Seat
Retractable Seats
**WHEELS**
Aluminum/Alloy Wheels
**PAINT**
Clear Coat Paint
**OTHER**
Fog Lamps
**TRUCK**
Rear Step Bumper
Trailer Hitch
Power Trunk/Liftgate

FILED DATE: 9/29/2021 7:19 PM   2021L065089

| | | |
|---|---|---|
| Claim #: | | IPQ5224001 |
| Workfile ID: | | 504994a0 |

## Estimate of Record

2014 HOND Pilot EX-L 4WD 4D UTV 6-3.5L Gasoline Sequential MPI Black

FILED DATE: 9/29/2021 7:19 PM 2021L065089

| Line | Oper | | Description | Part Number | Qty | Extended Price $ | Labor | Paint |
|---|---|---|---|---|---|---|---|---|
| 1 | # | | ASF - THE STANDARD FIRE INSURANCE COMPANY | | 1 | | | |
| 2 | **FRONT BUMPER** | | | | | | | |
| 3 | | | O/H front bumper | | | | 2.2 | |
| 4 | ** | Repl | RECOND Bumper cover w/o Touring | HO1000285 | 1 | 185.00 | Incl. | 2.8 |
| 5 | | | Add for Clear Coat | | | | | 1.1 |
| 6 | | | Add for fog lamps | | | | 0.5 | |
| 7 | ** | Repl | A/M CAPA Lower grille | HO1044100C | 1 | 36.00 | Incl. | |
| 8 | | R&I | Lower cover | 71110SZAA50 | | | Incl. | |
| 9 | | Repl | RT Fog lamp bezel | 71102SZAA50 | 1 | 12.52 | Incl. | |
| 10 | | Repl | LT Fog lamp bezel | 71107SZAA50 | 1 | 12.52 | Incl. | |
| 11 | ** | Repl | A/M License frame | HO1068122 | 1 | 13.00 | 0.2 | |
| 12 | | R&I | R&I bumper cover | 04711SZAA70ZZ | | | Incl. | |
| 13 | **GRILLE** | | | | | | | |
| 14 | | R&I | R&I grille assy | 75101SZAA11 | | | Incl. | |
| 15 | **FRONT LAMPS** | | | | | | | |
| 16 | * | R&I | RT Fog lamp | 33900T0AA01 | | | Incl. | |
| 17 | * | R&I | LT Fog lamp | 33900T0AA01 | | | Incl. | |
| 18 | **MISCELLANEOUS OPERATIONS** | | | | | | | |
| 19 | # | Subl | Hazardous Waste Removal | | 1 | 3.00 X | | |
| | | | **SUBTOTALS** | | | **262.04** | **2.9** | **3.9** |

## ESTIMATE TOTALS

| Category | Basis | | Rate | Cost $ |
|---|---|---|---|---|
| Parts | | | | 259.04 |
| Body Labor | 2.9 hrs | @ | $ 50.00 /hr | 145.00 |
| Paint Labor | 3.9 hrs | @ | $ 50.00 /hr | 195.00 |
| Paint Supplies | 3.9 hrs | @ | $ 32.00 /hr | 124.80 |
| Miscellaneous | | | | 3.00 |
| Subtotal | | | | 726.84 |
| Sales Tax | $ 383.84 | @ | 10.0000 % | 38.38 |
| **Total Cost of Repairs** | | | | **765.22** |
| Deductible | | | | 250.00 |
| **Total Adjustments** | | | | **250.00** |
| **Net Cost of Repairs** | | | | **515.22** |

Claim #:      IPQ5224001

Workfile ID:      504994a0

**Estimate of Record**

2014 HOND Pilot EX-L 4WD 4D UTV 6-3.5L Gasoline Sequential MPI Black

All supplements must be pre-approved by Travelers.

Supplement repair charges may be subject to rejection unless approved by Travelers prior to repairs.

This instrument is a damage estimate only and not an acceptance of liability or authorization to repair.

Repair must be pre-authorized by the vehicle owner.

Vehicle owner maintains the right to repair vehicle at a repair facility of their choice.

Please present this estimate to the repair facility prior to repairs.

Necessary Information for Photograph and Video Estimates (READ CAREFULLY):

This estimate may have been completed based wholly or in part using photographs and/or video. Because of the use of photographs and video, this estimate may not be complete, as there could be hidden damage. You should provide this estimate to the shop of your choice prior to commencement of work.  If your shop finds additional damages or undiscovered damages, Travelers will work with your repairer to assess the appropriate scope of work.  Your shop is instructed in this estimate to contact Travelers through its supplement process and the damages they discover must be reviewed and approved prior to repairing the vehicle In the event that you are not repairing your vehicle and believe that our estimate does not account for all of your damages, please contact your Claim professional to discuss and address your concerns and options.

ILLINOIS LAW REQUIRES THAT VEHICLE REPAIRERS MUST BE LICENSED IN ACCORDANCE WITH SECTION 5-301 OF THE ILLINOIS VEHICLE CODE.

This estimate has been prepared based on the use of crash parts supplied by a source other than the manufacturer of your motor vehicle. Warranties applicable to these replacement parts are provided by the manufacturer or distributor of these parts rather than the manufacturer of your vehicle.

FILED DATE: 9/29/2021 7:19 PM    2021L065089

Claim #: IPQ5224001
Workfile ID: 504994a0

## Estimate of Record

2014 HOND Pilot EX-L 4WD 4D UTV 6-3.5L Gasoline Sequential MPI Black

Estimate based on MOTOR CRASH ESTIMATING GUIDE and potentially other third party sources of data. Unless otherwise noted, (a) all items are derived from the Guide ARG4456, CCC Data Date 12/09/2020, and potentially other third party sources of data; and (b) the parts presented are OEM-parts. OEM parts are manufactured by or for the vehicle's Original Equipment Manufacturer (OEM) according to OEM's specifications for U.S. distribution. OEM parts are available at OE/Vehicle dealerships or the specified supplier. OPT OEM (Optional OEM) or ALT OEM (Alternative OEM) parts are OEM parts that may be provided by or through alternate sources other than the OEM vehicle dealerships with discounted pricing. Asterisk (*) or Double Asterisk (**) indicates that the parts and/or labor data provided by third party sources of data may have been modified or may have come from an alternate data source. Tilde sign (~) items indicate MOTOR Not-Included Labor operations. The symbol (<>) indicates the refinish operation WILL NOT be performed as a separate procedure from the other panels in the estimate. Non-Original Equipment Manufacturer aftermarket parts are described as Non OEM, A/M or NAGS. Used parts are described as LKQ, RCY, or USED. Reconditioned parts are described as Recond. Recored parts are described as Recore. NAGS Part Numbers and Benchmark Prices are provided by National Auto Glass Specifications. Labor operation times listed on the line with the NAGS information are MOTOR suggested labor operation times. NAGS labor operation times are not included. Pound sign (#) items indicate manual entries.

Some 2021 vehicles contain minor changes from the previous year. For those vehicles, prior to receiving updated data from the vehicle manufacturer, labor and parts data from the previous year may be used. The CCC ONE estimator has a list of applicable vehicles. Parts numbers and prices should be confirmed with the local dealership.

The following is a list of additional abbreviations or symbols that may be used to describe work to be done or parts to be repaired or replaced:

SYMBOLS FOLLOWING PART PRICE:
m=MOTOR Mechanical component. s=MOTOR Structural component. T=Miscellaneous Taxed charge category. X=Miscellaneous Non-Taxed charge category.

SYMBOLS FOLLOWING LABOR:
D=Diagnostic labor category. E=Electrical labor category. F=Frame labor category. G=Glass labor category. M=Mechanical labor category. S=Structural labor category. (numbers) 1 through 4=User Defined Labor Categories.

OTHER SYMBOLS AND ABBREVIATIONS:
Adj.=Adjacent. Algn.=Align. ALU=Aluminum. A/M=Aftermarket part. Blnd=Blend. BOR=Boron steel. CAPA=Certified Automotive Parts Association. D&R=Disconnect and Reconnect. HSS=High Strength Steel. HYD=Hydroformed Steel. Incl.=Included. LKQ=Like Kind and Quality. LT=Left. MAG=Magnesium. Non-Adj.=Non Adjacent. NSF=NSF International Certified Part. O/H=Overhaul. Qty=Quantity. Refn=Refinish. Repl=Replace. R&I=Remove and Install. R&R=Remove and Replace. Rpr=Repair. RT=Right. SAS=Sandwiched Steel. Sect=Section. Subl=Sublet. UHS=Ultra High Strength Steel. N=Note(s) associated with the estimate line.

CCC ONE Estimating - A product of CCC Information Services Inc.

The following is a list of abbreviations that may be used in CCC ONE Estimating that are not part of the MOTOR CRASH ESTIMATING GUIDE:
BAR=Bureau of Automotive Repair. EPA=Environmental Protection Agency. NHTSA= National Highway Transportation and Safety Administration. PDR=Paintless Dent Repair. VIN=Vehicle Identification Number.

Claim #:      IPQ5224001
Workfile ID:      504994a0

**Estimate of Record**

2014 HOND Pilot EX-L 4WD 4D UTV 6-3.5L Gasoline Sequential MPI Black

## ALTERNATE PARTS SUPPLIERS

| Line | Supplier | Description | Price |
|------|----------|-------------|-------|
| 4 | Andrews Automotive Corporation<br>10055 S Torrence Ave<br>Chicago IL 60617<br>(773) 768-1122 | #HO1000285<br>RECOND Bumper cover w/o Touring<br>Quote: 789034239<br>Expires: 01/18/21 | $ 185.00 |
| 7 | KEYSTONE - ALSIP, IL<br>5100 WEST 123rd STREET<br>ALSIP IL 60803<br>(800) 622-0096 | #HO1044100C<br>A/M CAPA Lower grille<br>Quote: 766634050<br>Expires: 02/25/21 | $ 36.00 |
| 11 | KEYSTONE - ALSIP, IL<br>5100 WEST 123rd STREET<br>ALSIP IL 60803<br>(800) 622-0096 | #HO1068122<br>A/M License frame<br>Quote: 766634050<br>Expires: 02/25/21 | $ 13.00 |

FILED DATE: 9/29/2021 7:19 PM 2021L065089

# TRAVELERS

Auto Express Claim Center (235)
Email Supplements:
supplementrequest@travelers.com

PO Box 430
Buffalo, NY 14240
Phone: (877) 411-0768

Claim #: IPQ5224001
Workfile ID: 504994a0

## Supplement of Record 1 with Summary

Written By: KEVIN LASTER, License Number: 141453, 1/27/2021 3:20:48 PM
Adjuster: Strycharz, Melissa, (860) 756-9606 Business

| | | | | | |
|---|---|---|---|---|---|
| Insured: | JENNIFER KARL | Owner Policy #: | PT5010A9966613282031 | Claim #: | IPQ5224001 |
| Type of Loss: | Collision | Date of Loss: | 01/04/2021 12:00 AM | Days to Repair: | 2 |
| Point of Impact: | 12 Front | Deductible: | 250.00 | | |

**Owner (Insured):**
JENNIFER KARL
12 AUBURN CT
LEMONT, IL 60439-4781
(630) 544-8267 Cellular

**Inspection Location:**
Virtual

**Repair Facility:**
Kallemeyn Collision Center
16039 New Ave
Lemont, IL 60439
(630) 257-2277 Business
(630) 257-2279 Fax

## VEHICLE

2014 HOND Pilot EX-L 4WD 4D UTV 6-3.5L Gasoline Sequential MPI Black

| | | | | | | |
|---|---|---|---|---|---|---|
| VIN: | 5FNYF4H59EB020295 | Production Date: | | Interior Color: | | |
| License: | 1428905 | Odometer: | 136159 | Exterior Color: | Black | |
| State: | IL | Condition: | | | | |

| TRANSMISSION | CONVENIENCE | Stereo | SEATS |
|---|---|---|---|
| Automatic Transmission | Air Conditioning | Search/Seek | Bucket Seats |
| 4 Wheel Drive | Intermittent Wipers | CD Player | Reclining/Lounge Seats |
| **POWER** | Tilt Wheel | Auxiliary Audio Connection | Leather Seats |
| Power Steering | Cruise Control | Satellite Radio | Heated Seats |
| Power Brakes | Rear Defogger | **SAFETY** | 3rd Row Seat |
| Power Windows | Keyless Entry | Drivers Side Air Bag | Retractable Seats |
| Power Locks | Alarm | Passenger Air Bag | **WHEELS** |
| Power Mirrors | Steering Wheel Touch Controls | Anti-Lock Brakes (4) | Aluminum/Alloy Wheels |
| Heated Mirrors | Rear Window Wiper | 4 Wheel Disc Brakes | **PAINT** |
| Power Driver Seat | Telescopic Wheel | Traction Control | Clear Coat Paint |
| Power Passenger Seat | Climate Control | Stability Control | **OTHER** |
| **DECOR** | Dual Air Condition | Front Side Impact Air Bags | Fog Lamps |
| Dual Mirrors | Backup Camera | Head/Curtain Air Bags | **TRUCK** |
| Body Side Moldings | Home Link | Hands Free Device | Rear Step Bumper |
| Privacy Glass | **RADIO** | Positraction | Trailer Hitch |
| Console/Storage | AM Radio | **ROOF** | Power Trunk/Liftgate |

FILED DATE: 9/29/2021 7:19 PM    2021L065089

Claim #:      IPQ5224001
Workfile ID:      504994a0

## Supplement of Record 1 with Summary

2014 HOND Pilot EX-L 4WD 4D UTV 6-3.5L Gasoline Sequential MPI Black

Overhead Console      FM Radio      Electric Glass Sunroof

FILED DATE: 9/29/2021 7:19 PM   2021L066089

| | | | | | Claim #: | | IPQ5224001 |
| | | | | | Workfile ID: | | 504994a0 |

## Supplement of Record 1 with Summary

FILED DATE: 9/29/2021 7:19 PM 2021L065089

2014 HOND Pilot EX-L 4WD 4D UTV 6-3.5L Gasoline Sequential MPI Black

| Line | | | Oper | Description | Part Number | Qty | Extended Price $ | Labor | Paint |
|---|---|---|---|---|---|---|---|---|---|
| 1 | # | | | ASF - THE STANDARD FIRE INSURANCE COMPANY | | 1 | | | |
| 2 | **FRONT BUMPER** | | | | | | | | |
| 3 | | | | O/H front bumper | | | | 2.2 | |
| 4 | ** | | Repl | RECOND Bumper cover w/o Touring | HO1000285 | 1 | 185.00 | Incl. | 2.8 |
| 5 | | | | Add for Clear Coat | | | | | 1.1 |
| 6 | | | | Add for fog lamps | | | | 0.5 | |
| 7 | ** | | Repl | A/M CAPA Lower grille | HO1044100C | 1 | 36.00 | Incl. | |
| 8 | ** | S01 | Repl | A/M Lower cover | HO1095117 | 1 | 88.00 | Incl. | |
| 9 | | | Repl | RT Fog lamp bezel | 71102SZAA50 | 1 | 12.52 | Incl. | |
| 10 | | | Repl | LT Fog lamp bezel | 71107SZAA50 | 1 | 12.52 | Incl. | |
| 11 | ** | | Repl | A/M License frame | HO1068122 | 1 | 13.00 | 0.2 | |
| 12 | | | R&I | R&I bumper cover | 04711SZAA70ZZ | | | Incl. | |
| 13 | **GRILLE** | | | | | | | | |
| 14 | | | R&I | R&I grille assy | 75101SZAA11 | | | Incl. | |
| 15 | **FRONT LAMPS** | | | | | | | | |
| 16 | * | | R&I | RT Fog lamp | 33900T0AA01 | | | Incl. | |
| 17 | * | | R&I | LT Fog lamp | 33900T0AA01 | | | Incl. | |
| 18 | | S01 | R&I | RT R&I headlamp assy | 33100SZAA11 | | | 0.3 | |
| 19 | | S01 | R&I | LT R&I headlamp assy | 33150SZAA11 | | | 0.3 | |
| 20 | **RADIATOR SUPPORT** | | | | | | | | |
| 21 | | S01 | Repl | Radiator support (HSS) | 60400SZAA01ZZ | 1 | 716.27 s | 11.3 | 1.8 |
| | NOTE: LABOR: Time includes R&I/R&R condenser, radiator, center support, hood lock, upper cover, sight shield, battery, horns, reservoir tank, washer reservoir, splash shield, intake tube, D&R hood release cable and front wiring as necessary. | | | | | | | | |
| 22 | | S01 | | Evacuate & recharge | | | | 1.4 M | m |
| 23 | | S01 | | Refrigerant recovery | | | | 0.4 M | m |
| 24 | | S01 | | Aim headlamps | | | | 0.5 | |
| 25 | | S01 | Repl | Center support | 60440SZAA00 | 1 | 48.18 | Incl. | 0.2 |
| 26 | | S01 | | Add for Clear Coat | | | | | 0.1 |
| 27 | **COOLING** | | | | | | | | |
| 28 | | S01 | R&I | Radiator assy | 19010RN0A52 | | | Incl. | m |
| 29 | ** | S01 | Repl | A/M Trans cooler | HO4050101 | 1 | 98.75 | 0.6 | |
| 30 | | S01 | | Deduct for Overlap | | | | -0.4 | |
| 31 | **AIR CONDITIONER & HEATER** | | | | | | | | |
| 32 | ** | S01 | Repl | A/M Condenser | 303556CY | 1 | 171.00 m | Incl. | |
| 33 | **FENDER** | | | | | | | | |
| 34 | | S01 | Repl | RT Inner rail bracket bumper reinf. (HSS) | 60335SHJA00ZZ | 1 | 38.45 | 1.0 | |
| 35 | | S01 | Repl | LT Inner rail bracket bumper reinf. (HSS) | 60335SHJA00ZZ | 1 | 38.45 | 1.0 | |
| 36 | **MISCELLANEOUS OPERATIONS** | | | | | | | | |

Claim #:                 IPQ5224001
Workfile ID:             504994a0

## Supplement of Record 1 with Summary

2014 HOND Pilot EX-L 4WD 4D UTV 6-3.5L Gasoline Sequential MPI Black

| 37 | # | S01 | Subl | Hazardous Waste Removal | | 1 | 3.00 X | | |
|----|---|-----|------|------|---|---|--------|-----|---|
| 38 | # | S01 | R&I | D&R Battery | | | | 0.2 | |
| 39 | ** | S01 | Repl | A/M Flex Additive | | 1 | 5.00 T | | |
| 40 | ** | S01 | Repl | A/M Weld Thru Primer | | 1 | 8.00 T | | |
| 41 | # | S01 | Rpr | Set Up & Measure | | | | 1.5 | |
| 42 | # | S01 | Rpr | Rough pull | | | | 2.0 | |
| 43 | ** | S01 | Repl | A/M Restore Corrosion Protection | | 1 | 5.00 T | 0.2 | |
| 44 | # | S01 | Rpr | Wet Sand & Polish | | | | 1.0 | |
| 45 | ** | S01 | Repl | A/M Buffing Materials | | 1 | 5.00 T | | |
| 46 | * | S01 | Repl | Cover car/bag | | 1 | 5.00 | 0.2 | |
| 47 | ** | S01 | Repl | A/M Mask engine compartment | | 1 | 5.00 | 0.5 | |
| 48 | ** | S01 | Repl | A/M COVID Cleanup | | 1 | 5.00 | 0.5 | |
| | | | | | SUBTOTALS | | 1,499.14 | 25.4 | 6.0 |

### ESTIMATE TOTALS

| Category | Basis | | Rate | Cost $ |
|----------|-------|---|------|--------|
| Parts | | | | 1,473.14 |
| Body Labor | 23.6 hrs | @ | $ 50.00 /hr | 1,180.00 |
| Paint Labor | 6.0 hrs | @ | $ 50.00 /hr | 300.00 |
| Mechanical Labor | 1.8 hrs | @ | $ 85.00 /hr | 153.00 |
| Paint Supplies | 6.0 hrs | @ | $ 32.00 /hr | 192.00 |
| Miscellaneous | | | | 26.00 |
| Subtotal | | | | 3,324.14 |
| Sales Tax | $ 1,688.14 | @ | 10.0000 % | 168.81 |
| **Total Cost of Repairs** | | | | **3,492.95** |
| Deductible | | | | 250.00 |
| **Total Adjustments** | | | | **250.00** |
| **Net Cost of Repairs** | | | | **3,242.95** |

FILED DATE: 9/29/2021 7:19 PM    2021L065089

FILED DATE: 9/29/2021 7:19 PM   2021L065089

| | | Claim #: | IPQ5224001 |
|---|---|---|---|
| | | Workfile ID: | 504994a0 |

## Supplement of Record 1 with Summary

2014 HOND Pilot EX-L 4WD 4D UTV 6-3.5L Gasoline Sequential MPI Black

## SUPPLEMENT SUMMARY

| Line | | | Oper | Description | Part Number | Qty | Extended Price $ | Labor | | Paint |
|---|---|---|---|---|---|---|---|---|---|---|
| **Deleted Items** | | | | | | | | | | |
| 8 | | | R&I | Lower cover | 71110SZAA50 | | | Incl. | | |
| **Added Items** | | | | | | | | | | |
| 8 | ** | S01 | Repl | A/M Lower cover | HO1095117 | 1 | 88.00 | Incl. | | |
| 18 | | S01 | R&I | RT R&I headlamp assy | 33100SZAA11 | | | 0.3 | | |
| 19 | | S01 | R&I | LT R&I headlamp assy | 33150SZAA11 | | | 0.3 | | |
| 20 | **RADIATOR SUPPORT** | | | | | | | | | |
| 21 | | S01 | Repl | Radiator support (HSS) | 60400SZAA01ZZ | 1 | 716.27 s | 11.3 | | 1.8 |
| | | | | NOTE: LABOR: Time includes R&I/R&R condenser, radiator, center support, hood lock, upper cover, sight shield, battery, horns, reservoir tank, washer reservoir, splash shield, intake tube, D&R hood release cable and front wiring as necessary. | | | | | | |
| 22 | | S01 | | Evacuate & recharge | | | | 1.4 | M | |
| 23 | | S01 | | Refrigerant recovery | | | m | 0.4 | M | |
| 24 | | S01 | | Aim headlamps | | | | 0.5 | | |
| 25 | | S01 | Repl | Center support | 60440SZAA00 | 1 | 48.18 | Incl. | | 0.2 |
| 26 | | S01 | | Add for Clear Coat | | | | | | 0.1 |
| 27 | **COOLING** | | | | | | | | | |
| 28 | | S01 | R&I | Radiator assy | 19010RN0A52 | | m | Incl. | | |
| 29 | ** | S01 | Repl | A/M Trans cooler | HO4050101 | 1 | 98.75 | 0.6 | | |
| 30 | | S01 | | Deduct for Overlap | | | | -0.4 | | |
| 31 | **AIR CONDITIONER & HEATER** | | | | | | | | | |
| 32 | ** | S01 | Repl | A/M Condenser | 303556CY | 1 | 171.00 m | Incl. | | |
| 33 | **FENDER** | | | | | | | | | |
| 34 | | S01 | Repl | RT Inner rail bracket bumper reinf. (HSS) | 60835SHJA00ZZ | 1 | 38.45 | 1.0 | | |
| 35 | | S01 | Repl | LT Inner rail bracket bumper reinf. (HSS) | 60935SHJA00ZZ | 1 | 38.45 | 1.0 | | |
| 38 | # | S01 | R&I | D&R Battery | | | | 0.2 | | |
| 39 | ** | S01 | Repl | A/M Flex Additive | | 1 | 5.00 T | | | |
| 40 | ** | S01 | Repl | A/M Weld Thru Primer | | 1 | 8.00 T | | | |
| 41 | # | S01 | Rpr | Set Up & Measure | | | | 1.5 | | |
| 42 | # | S01 | Rpr | Rough pull | | | | 2.0 | | |
| 43 | ** | S01 | Repl | A/M Restore Corrosion Protection | | 1 | 5.00 T | 0.2 | | |
| 44 | # | S01 | Rpr | Wet Sand & Polish | | | | 1.0 | | |
| 45 | ** | S01 | Repl | A/M Buffing Materials | | 1 | 5.00 T | | | |
| 46 | * | S01 | Repl | Cover car/bag | | 1 | 5.00 | 0.2 | | |
| 47 | ** | S01 | Repl | A/M Mask engine compartment | | 1 | 5.00 | 0.5 | | |
| 48 | ** | S01 | Repl | A/M COVID Cleanup | | 1 | 5.00 | 0.5 | | |
| | | | | | **SUBTOTALS** | | 1,237.10 | 22.5 | | 2.1 |

Claim #:      IPQ5224001

Workfile ID:      504994a0

## Supplement of Record 1 with Summary

2014 HOND Pilot EX-L 4WD 4D UTV 6-3.5L Gasoline Sequential MPI Black

### TOTALS SUMMARY

| Category | Basis | | Rate | Cost $ |
|---|---|---|---|---|
| Parts | | | | 1,214.10 |
| Body Labor | 20.7 hrs | @ | $ 50.00 /hr | 1,035.00 |
| Paint Labor | 2.1 hrs | @ | $ 50.00 /hr | 105.00 |
| Mechanical Labor | 1.8 hrs | @ | $ 85.00 /hr | 153.00 |
| Paint Supplies | 2.1 hrs | @ | $ 32.00 /hr | 67.20 |
| Miscellaneous | | | | 23.00 |
| Subtotal | | | | 2,597.30 |
| Sales Tax | $ 1,304.30 | @ | 10.0000 % | 130.43 |
| **Total Supplement Amount** | | | | **2,727.73** |
| **NET COST OF SUPPLEMENT** | | | | **2,727.73** |

### CUMULATIVE EFFECTS OF SUPPLEMENT(S)

| | | | |
|---|---|---|---|
| Estimate | | 765.22 | KEVIN LASTER |
| Supplement S01 | | 2,727.73 | KEVIN LASTER |
| **Workfile Total:** | $ | **3,492.95** | |
| **TOTAL ADJUSTMENTS:** | $ | **250.00** | |
| **NET COST OF REPAIRS:** | $ | **3,242.95** | |

All supplements must be pre-approved by Travelers.

Supplement repair charges may be subject to rejection unless approved by Travelers prior to repairs.

This instrument is a damage estimate only and not an acceptance of liability or authorization to repair.

Repair must be pre-authorized by the vehicle owner.

Vehicle owner maintains the right to repair vehicle at a repair facility of their choice.

Please present this estimate to the repair facility prior to repairs.

Necessary Information for Photograph and Video Estimates (READ CAREFULLY):
This estimate may have been completed based wholly or in part using photographs and/or video. Because of the use of photographs and video, this estimate may not be complete, as there could be hidden damage. You should provide this estimate to the shop of your choice prior to commencement of work. If your shop finds additional damages or undiscovered damages, Travelers will work with your repairer to assess the appropriate scope of work. Your shop is instructed in this estimate to contact Travelers through its supplement process and the damages they discover must be reviewed and approved prior to repairing the vehicle In the event that you are not repairing your vehicle and believe that our estimate does not account for all of your damages, please contact your Claim professional to discuss and address your concerns and options.

FILED DATE: 9/29/2021 7:19 PM   2021L065089

Claim #: IPQ5224001
Workfile ID: 504994a0

## Supplement of Record 1 with Summary

2014 HOND Pilot EX-L 4WD 4D UTV 6-3.5L Gasoline Sequential MPI Black

ILLINOIS LAW REQUIRES THAT VEHICLE REPAIRERS MUST BE LICENSED IN ACCORDANCE WITH SECTION 5-301 OF THE ILLINOIS VEHICLE CODE.

This estimate has been prepared based on the use of crash parts supplied by a source other than the manufacturer of your motor vehicle. Warranties applicable to these replacement parts are provided by the manufacturer or distributor of these parts rather than the manufacturer of your vehicle.

Estimate based on MOTOR CRASH ESTIMATING GUIDE and potentially other third party sources of data. Unless otherwise noted, (a) all items are derived from the Guide ARG4456, CCC Data Date 01/18/2021, and potentially other third party sources of data; and (b) the parts presented are OEM-parts. OEM parts are manufactured by or for the vehicle's Original Equipment Manufacturer (OEM) according to OEM's specifications for U.S. distribution. OEM parts are available at OE/Vehicle dealerships or the specified supplier. OPT OEM (Optional OEM) or ALT OEM (Alternative OEM) parts are OEM parts that may be provided by or through alternate sources other than the OEM vehicle dealerships with discounted pricing. Asterisk (*) or Double Asterisk (**) indicates that the parts and/or labor data provided by third party sources of data may have been modified or may have come from an alternate data source. Tilde sign (~) items indicate MOTOR Not-Included Labor operations. The symbol (<>) indicates the refinish operation WILL NOT be performed as a separate procedure from the other panels in the estimate. Non-Original Equipment Manufacturer aftermarket parts are described as Non OEM, A/M or NAGS. Used parts are described as LKQ, RCY, or USED. Reconditioned parts are described as Recond. Recored parts are described as Recore. NAGS Part Numbers and Benchmark Prices are provided by National Auto Glass Specifications. Labor operation times listed on the line with the NAGS information are MOTOR suggested labor operation times. NAGS labor operation times are not included. Pound sign (#) items indicate manual entries.

Some 2021 vehicles contain minor changes from the previous year. For those vehicles, prior to receiving updated data from the vehicle manufacturer, labor and parts data from the previous year may be used. The CCC ONE estimator has a list of applicable vehicles. Parts numbers and prices should be confirmed with the local dealership.

The following is a list of additional abbreviations or symbols that may be used to describe work to be done or parts to be repaired or replaced:

SYMBOLS FOLLOWING PART PRICE:
m=MOTOR Mechanical component. s=MOTOR Structural component. T=Miscellaneous Taxed charge category. X=Miscellaneous Non-Taxed charge category.

SYMBOLS FOLLOWING LABOR:
D=Diagnostic labor category. E=Electrical labor category. F=Frame labor category. G=Glass labor category. M=Mechanical labor category. S=Structural labor category. (numbers) 1 through 4=User Defined Labor Categories.

OTHER SYMBOLS AND ABBREVIATIONS:
Adj.=Adjacent. Algn.=Align. ALU=Aluminum. A/M=Aftermarket part. Blnd=Blend. BOR=Boron steel. CAPA=Certified Automotive Parts Association. D&R=Disconnect and Reconnect. HSS=High Strength Steel. HYD=Hydroformed Steel. Incl.=Included. LKQ=Like Kind and Quality. LT=Left. MAG=Magnesium. Non-Adj.=Non Adjacent. NSF=NSF International Certified Part. O/H=Overhaul. Qty=Quantity. Refn=Refinish. Repl=Replace. R&I=Remove and Install. R&R=Remove and Replace. Rpr=Repair. RT=Right. SAS=Sandwiched Steel. Sect=Section. Subl=Sublet. UHS=Ultra High Strength Steel. N=Note(s) associated with the estimate line.

| | |
|---|---|
| Claim #: | IPQ5224001 |
| Workfile ID: | 504994a0 |

**Supplement of Record 1 with Summary**

2014 HOND Pilot EX-L 4WD 4D UTV 6-3.5L Gasoline Sequential MPI Black

CCC ONE Estimating - A product of CCC Information Services Inc.

The following is a list of abbreviations that may be used in CCC ONE Estimating that are not part of the MOTOR CRASH ESTIMATING GUIDE:
BAR=Bureau of Automotive Repair. EPA=Environmental Protection Agency. NHTSA= National Highway Transportation and Safety Administration. PDR=Paintless Dent Repair. VIN=Vehicle Identification Number.

Claim #: IPQ5224001

Workfile ID: 504994a0

### Supplement of Record 1 with Summary

2014 HOND Pilot EX-L 4WD 4D UTV 6-3.5L Gasoline Sequential MPI Black

## ALTERNATE PARTS SUPPLIERS

| Line | Supplier | Description | Price |
|------|----------|-------------|-------|
| 4 | Andrews Automotive Corporation<br>10055 S Torrence Ave<br>Chicago IL 60617<br>(773) 768-1122 | #HO1000285<br>RECOND Bumper cover w/o Touring<br>Quote: 789034239<br>Expires: 01/18/21 | $ 185.00 |
| 7 | KEYSTONE - ALSIP, IL<br>5100 WEST 123rd STREET<br>ALSIP IL 60803<br>(800) 622-0096 | #HO1044100C<br>A/M CAPA Lower grille<br>Quote: 766634050<br>Expires: 02/25/21 | $ 36.00 |
| 8 | KEYSTONE - ALSIP, IL<br>5100 WEST 123rd STREET<br>ALSIP IL 60803<br>(800) 622-0096 | #HO1095117<br>A/M Lower cover<br>Quote: 780436480<br>Expires: 03/12/21 | $ 88.00 |
| 11 | KEYSTONE - ALSIP, IL<br>5100 WEST 123rd STREET<br>ALSIP IL 60803<br>(800) 622-0096 | #HO1068122<br>A/M License frame<br>Quote: 766634050<br>Expires: 02/25/21 | $ 13.00 |
| 29 | KEYSTONE - ALSIP, IL<br>5100 WEST 123rd STREET<br>ALSIP IL 60803<br>(800) 622-0096 | #HO4050101<br>A/M Trans cooler<br>Quote: 780436480<br>Expires: 03/12/21 | $ 98.75 |
| 32 | 1800Radiator 100 CHICAGO WEST,<br>2732 WISCONSIN AVENUE<br>DOWNERS GROVE IL 60515<br>(630) 652-0770 | #303556CY<br>A/M Condenser<br>Quote: 23954443<br>Expires: 02/09/21 | $ 171.00 |

FILED DATE: 9/29/2021 7:19 PM   2021L065089

FILED DATE: 9/29/2021 7:19 PM   2021L065089

# TRAVELERS

Auto Express Claim Center (235)
Email Supplements:
supplementrequest@travelers.com

PO Box 430
Buffalo, NY 14240
Phone: (877) 411-0768

Claim #:                IPQ5224001
Workfile ID:            504994a0

## Supplement of Record 2 with Summary

Written By: KEVIN LASTER, License Number: 141453, 2/15/2021 4:19:14 PM
Adjuster: Strycharz, Melissa, (860) 756-9606 Business

| | | | | | |
|---|---|---|---|---|---|
| Insured: | JENNIFER KARL | Owner Policy #: | PT5010A9966613282031 | Claim #: | IPQ5224001 |
| Type of Loss: | Collision | Date of Loss: | 01/04/2021 12:00 AM | Days to Repair: | 2 |
| Point of Impact: | 12 Front | Deductible: | 250.00 | | |

**Owner (Insured):**
JENNIFER KARL
12 AUBURN CT
LEMONT, IL 60439-4781
(630) 544-8267 Cellular

**Inspection Location:**
Virtual

**Repair Facility:**
Kallemeyn Collision Center
16039 New Ave
Lemont, IL 60439
(630) 257-2277 Business
(630) 257-2279 Fax

## VEHICLE

2014 HOND Pilot EX-L 4WD 4D UTV 6-3.5L Gasoline Sequential MPI Black

| | | | | | | |
|---|---|---|---|---|---|---|
| VIN: | 5FNYF4H59EB020295 | Production Date: | | Interior Color: | | |
| License: | 1428905 | Odometer: | 136159 | Exterior Color: | Black | |
| State: | IL | Condition: | | | | |

**TRANSMISSION**
Automatic Transmission
4 Wheel Drive
**POWER**
Power Steering
Power Brakes
Power Windows
Power Locks
Power Mirrors
Heated Mirrors
Power Driver Seat
Power Passenger Seat
**DECOR**
Dual Mirrors
Body Side Moldings
Privacy Glass
Console/Storage

**CONVENIENCE**
Air Conditioning
Intermittent Wipers
Tilt Wheel
Cruise Control
Rear Defogger
Keyless Entry
Alarm
Steering Wheel Touch Controls
Rear Window Wiper
Telescopic Wheel
Climate Control
Dual Air Condition
Backup Camera
Home Link
**RADIO**
AM Radio

Stereo
Search/Seek
CD Player
Auxiliary Audio Connection
Satellite Radio
**SAFETY**
Drivers Side Air Bag
Passenger Air Bag
Anti-Lock Brakes (4)
4 Wheel Disc Brakes
Traction Control
Stability Control
Front Side Impact Air Bags
Head/Curtain Air Bags
Hands Free Device
Positraction
**ROOF**

**SEATS**
Bucket Seats
Reclining/Lounge Seats
Leather Seats
Heated Seats
3rd Row Seat
Retractable Seats
**WHEELS**
Aluminum/Alloy Wheels
**PAINT**
Clear Coat Paint
**OTHER**
Fog Lamps
**TRUCK**
Rear Step Bumper
Trailer Hitch
Power Trunk/Liftgate

Claim #:        IPQ5224001
Workfile ID:    504994a0

## Supplement of Record 2 with Summary

2014 HOND Pilot EX-L 4WD 4D UTV 6-3.5L Gasoline Sequential MPI Black

Overhead Console          FM Radio                    Electric Glass Sunroof

FILED DATE: 9/29/2021 7:19 PM   2021L065089

Claim #:      IPQ5224001
Workfile ID:      504994a0

## Supplement of Record 2 with Summary

2014 HOND Pilot EX-L 4WD 4D UTV 6-3.5L Gasoline Sequential MPI Black

FILED DATE: 9/29/2021 7:19 PM   2021L065089

| Line | | | Oper | Description | Part Number | Qty | Extended Price $ | Labor | Paint |
|------|---|---|------|-------------|-------------|-----|-----------------|-------|-------|
| 1 | # | | | ASF - THE STANDARD FIRE INSURANCE COMPANY | | 1 | | | |
| 2 | **FRONT BUMPER** | | | | | | | | |
| 3 | | | | O/H front bumper | | | | 2.2 | |
| 4 | ** | | Repl | RECOND Bumper cover w/o Touring | HO1000285 | 1 | 185.00 | Incl. | 2.8 |
| 5 | | | | Add for Clear Coat | | | | | 1.1 |
| 6 | | | | Add for fog lamps | | | | 0.5 | |
| 7 | ** | S02 | Repl | A/M CAPA Lower grille | HO1044100C | 1 | 33.33 | Incl. | |
| 8 | ** | S01 | Repl | A/M Lower cover | HO1095117 | 1 | 88.00 | Incl. | |
| 9 | | | Repl | RT Fog lamp bezel | 71102SZAA50 | 1 | 12.52 | Incl. | |
| 10 | | | Repl | LT Fog lamp bezel | 71107SZAA50 | 1 | 12.52 | Incl. | |
| 11 | ** | | Repl | A/M License frame | HO1068122 | 1 | 13.00 | 0.2 | |
| 12 | | | R&I | R&I bumper cover | 04711SZAA70ZZ | | | Incl. | |
| 13 | **GRILLE** | | | | | | | | |
| 14 | | | R&I | R&I grille assy | 75101SZAA11 | | | Incl. | |
| 15 | **FRONT LAMPS** | | | | | | | | |
| 16 | * | | R&I | RT Fog lamp | 33900T0AA01 | | | Incl. | |
| 17 | * | | R&I | LT Fog lamp | 33900T0AA01 | | | Incl. | |
| 18 | | S01 | R&I | RT R&I headlamp assy | 33100SZAA11 | | | Incl. | |
| 19 | | S01 | R&I | LT R&I headlamp assy | 33150SZAA11 | | | Incl. | |
| 20 | **RADIATOR SUPPORT** | | | | | | | | |
| 21 | * | S02 | Repl | Radiator support (HSS) | 60400SZAA01ZZ | 1 | 657.89 s | 11.3 | 1.8 |
| | | | | NOTE: LABOR: Time includes R&I/R&R condenser, radiator, center support, hood lock, upper cover, sight shield, battery, horns, reservoir tank, washer reservoir, splash shield, intake tube, D&R hood release cable and front wiring as necessary. | | | | | |
| 22 | | S01 | | Evacuate & recharge | | | | 1.4 M | |
| 23 | | S01 | | Refrigerant recovery | | | | 0.4 M | |
| 24 | | S01 | | Aim headlamps | | | | 0.5 | |
| 25 | | S01 | Repl | Center support | 60440SZAA00 | 1 | 48.18 | Incl. | 0.2 |
| 26 | | S01 | | Add for Clear Coat | | | | | 0.1 |
| 27 | **COOLING** | | | | | | | | |
| 28 | ** | S02 | Repl | A/M Radiator assy | RDPI13065 | 1 | 276.00 m | Incl. | |
| 29 | ** | S01 | Repl | A/M Trans cooler | HO4050101 | 1 | 98.75 | 0.6 | |
| 30 | | S02 | | Deduct for Overlap | | | | -0.4 | |
| 31 | | S02 | R&I | Reservoir tank | 19101RN0A00 | | | Incl. | |
| 32 | **AIR CONDITIONER & HEATER** | | | | | | | | |
| 33 | ** | S01 | Repl | A/M Condenser | 303556CY | 1 | 171.00 m | Incl. | |
| 34 | | S02 | Repl | Evaporator tube front | 80342STXA52 | 1 | 54.72 m | 0.4 | |
| 35 | | S02 | Repl | Evaporator tube rear | 80341STXA51 | 1 | 116.10 m | 0.7 | |
| 36 | * | S02 | R&I | Compressor | 33810RN0A01 | | | 1.5 | |
| 37 | **FENDER** | | | | | | | | |

Claim #: IPQ5224001
Workfile ID: 504994a0

## Supplement of Record 2 with Summary

2014 HOND Pilot EX-L 4WD 4D UTV 6-3.5L Gasoline Sequential MPI Black

| # | flag | | Op | Description | Part # | Qty | Amount | | |
|---|---|---|---|---|---|---|---|---|---|
| 38 | | S01 | Repl | RT Inner rail bracket bumper reinf. (HSS) | 60835SHJA00ZZ | 1 | 38.45 | 1.0 | |
| 39 | | S01 | Repl | LT Inner rail bracket bumper reinf. (HSS) | 60935SHJA00ZZ | 1 | 38.45 | 1.0 | |
| 40 | | S02 | R&I | RT R&I fender assy | 60211SZAA90ZZ | | | 2.6 | |
| 41 | | S02 | R&I | LT R&I fender assy | 60261SZAA90ZZ | | | 2.6 | |
| 42 | | S02 | R&I | RT Fender liner | 74101SZAA50 | | | Incl. | |
| 43 | | S02 | R&I | LT Fender liner | 74151SZAA50 | | | Incl. | |
| 44 | | S02 | Repl | LT Upper rail (HSS) | 60713SZAA00ZZ | 1 | 65.42 s | 3.5 | 0.8 |
| 45 | | S02 | | Overlap Minor Panel | | | | | -0.2 |
| 46 | * | S02 | Rpr | RT Rail assy (HSS) | 60810SZAA00ZZ | | s | 3.0 | 1.2 |
| 47 | | S02 | | Overlap Major Non-Adj. Panel | | | | | -0.2 |
| 48 | * | S02 | Rpr | LT Rail assy (HSS) | 60910SZAA00ZZ | | s | 3.0 | 1.2 |
| 49 | | S02 | | Overlap Major Non-Adj. Panel | | | | | -0.2 |
| 50 | **ELECTRICAL** | | | | | | | | |
| 51 | * | S02 | R&I | LT Engine harness 4WD EX-L | 32120SZAA13 | | | 3.0 | |
| 52 | * | S02 | R&I | LT Fuse Box Bracket | SEE FOOTNOTE | | | 0.3 | |
| 53 | | S02 | R&I | Negative cable | 32600SZAA00 | | ⓜ | 0.2 M | |
| | | | | NOTE: Disable airbag system | | | | | |
| 54 | **ENGINE / TRANSAXLE** | | | | | | | | |
| 55 | | S02 | R&I | Resonator | 17230RN0A01 | | m | 0.3 | |
| 56 | | S02 | Repl | Filter housing | 17244RN0A00 | 1 | 29.73 m | 0.3 M | |
| 57 | **WHEELS** | | | | | | | | |
| 58 | | S02 | R&I | LT/Front R&I wheel | 42700SZAA42 | | m | 0.1 | |
| 59 | | S02 | R&I | RT/Front R&I wheel | 42700SZAA42 | | m | 0.1 M | |
| 60 | **FRONT SUSPENSION** | | | | | | | | |
| 61 | * | S02 | R&I | R&I engine cradle as an assy | 50200SZAA02 | | m | 2.5 M | |
| | | | | NOTE: Partial drop | | | | | |
| 62 | **STEERING GEAR & LINKAGE** | | | | | | | | |
| 63 | | S02 | R&I | Reservoir | 53701SZAR01 | | m | 0.6 M | |
| 64 | **WINDSHIELD** | | | | | | | | |
| 65 | * | S02 | R&I | Reservoir 4WD | 76841SZAA21 | | | Incl. | |
| 66 | **RESTRAINT SYSTEMS** | | | | | | | | |
| 67 | | S02 | R&I | RT Ft impact sensor | 77970STXA01 | | m | 0.3 | |
| 68 | | S02 | R&I | LT Ft impact sensor | 77970STXA01 | | m | 0.3 M | |
| 69 | **PILLARS, ROCKER & FLOOR** | | | | | | | | |
| 70 | | S02 | R&I | RT Rocker molding | 71800SZAA01ZA | | | Incl. | |
| 71 | | S02 | R&I | LT Rocker molding | 71850SZAA01ZA | | | Incl. | |
| 72 | **MISCELLANEOUS OPERATIONS** | | | | | | | | |
| 73 | # | S01 | Subl | Hazardous Waste Removal | | 1 | 3.00 X | | |
| 74 | # | S01 | R&I | D&R Battery | | | | 0.2 | |
| 75 | ** | S01 | Repl | A/M Flex Additive | | 1 | 5.00 T | | |
| 76 | ** | S01 | Repl | A/M Weld Thru Primer | | 1 | 8.00 T | | |
| 77 | # | S01 | Rpr | Set Up & Measure | | | | 1.5 | |
| 78 | # | S02 | Rpr | Rough pull | | | | 2.0 F | |

FILED DATE: 9/29/2021 7:19 PM   2021L065089

FILED DATE: 9/29/2021 7:19 PM    2021L065089

|  |  |  |  |  | Claim #:<br>Workfile ID: |  | IPQ5224001<br>504994a0 |
|---|---|---|---|---|---|---|---|

**Supplement of Record 2 with Summary**

2014 HOND Pilot EX-L 4WD 4D UTV 6-3.5L Gasoline Sequential MPI Black

| 79 | ** | S01 | Repl | A/M Restore Corrosion Protection | 1 | 5.00 T | 0.2 |
|---|---|---|---|---|---|---|---|
| 80 | # | S01 | Rpr | Wet Sand & Polish | | | 1.0 |
| 81 | ** | S01 | Repl | A/M Buffing Materials | 1 | 5.00 T | |
| 82 | * | S01 | Repl | Cover car/bag | 1 | 5.00 | 0.2 |
| 83 | ** | S01 | Repl | A/M Mask engine compartment | 1 | 5.00 | 0.5 |
| 84 | ** | S01 | Repl | A/M COVID Cleanup | 1 | 5.00 | 0.5 |
| 85 | ** | S02 | Repl | A/M Spot weld tips | 1 | 28.60 | |
| 86 | # | S02 | Rpr | Color Tint- minor | | | 0.5 |
| 87 | ** | S02 | Repl | A/M Grinding belts | 1 | 24.00 | |
| 88 | ** | S02 | Repl | A/M Air cleaner bolts | 1 | 2.80 | |
| 89 | ** | S02 | Repl | A/M Rad support bolts | 1 | 4.44 | |
| 90 | ** | S02 | Repl | A/M Fan bolts | 1 | 15.44 | |
| 91 | ** | S02 | Repl | A/M Wire loom holders | 1 | 49.80 | |
| 92 | ** | S02 | Repl | A/M O-Ring | 1 | 3.08 | |
| 93 | ** | S02 | Repl | A/M Scuff belts | 1 | 12.00 | |
| 94 | ** | S02 | Repl | A/M Flange bolts | 1 | 25.40 | |
| 95 | ** | S02 | Repl | A/M Cradle support bolts | 1 | 24.60 | |
| 96 | ** | S02 | Repl | A/M Hose clamps | 1 | 30.00 | |
| 97 | # | S02 | Subl | Clear codes | 1 | 164.29 X | |
| 98 | # | S02 | Subl | Fluid Level Check | 1 | 82.14 X | |
| 99 | ** | S02 | Repl | A/M Trans fluid | 1 | 33.93 | |
| 100 | ** | S02 | Repl | A/M Mech shop supplies | 1 | 7.40 | |
| 101 | # | S02 | Rpr | Transport to mechanical shop | | | 1.5 |
| | | | | **SUBTOTALS** | | 2,487.98 | 52.1 | 8.6 |

**ESTIMATE TOTALS**

| Category | Basis | | Rate | Cost $ |
|---|---|---|---|---|
| Parts | | | | 2,215.55 |
| Body Labor | 45.8 hrs | @ | $ 50.00 /hr | 2,290.00 |
| Paint Labor | 8.6 hrs | @ | $ 50.00 /hr | 430.00 |
| Mechanical Labor | 4.3 hrs | @ | $ 85.00 /hr | 365.50 |
| Frame Labor | 2.0 hrs | @ | $ 55.00 /hr | 110.00 |
| Paint Supplies | 8.6 hrs | @ | $ 32.00 /hr | 275.20 |
| Miscellaneous | | | | 272.43 |
| Subtotal | | | | 5,958.68 |
| Sales Tax | $ 2,513.75 | @ | 10.0000 % | 251.38 |
| **Total Cost of Repairs** | | | | **6,210.06** |
| Deductible | | | | 250.00 |
| **Total Adjustments** | | | | **250.00** |
| **Net Cost of Repairs** | | | | **5,960.06** |

*(handwritten: 190.00)*

Claim #: IPQ5224001
Workfile ID: 504994a0

**Supplement of Record 2 with Summary**

2014 HOND Pilot EX-L 4WD 4D UTV 6-3.5L Gasoline Sequential MPI Black

## SUPPLEMENT SUMMARY

| Line | | | Oper | Description | Part Number | Qty | Extended Price $ | Labor | Paint |
|------|---|---|------|-------------|-------------|-----|------------------|-------|-------|
| **Changed Items** | | | | | | | | | |
| 6 | ** | | Repl | A/M CAPA Lower grille | HO1044100C | 1 | -36.00 | Incl. | |
| 7 | ** | S02 | Repl | A/M CAPA Lower grille | HO1044100C | 1 | 33.33 | Incl. | |
| 17 | | S01 | R&I | RT R&I headlamp assy | 33100SZAA11 | | | -0.3 | |
| 18 | | S02 | R&I | RT R&I headlamp assy | 33100SZAA11 | | | Incl. | |
| 18 | | S01 | R&I | LT R&I headlamp assy | 33150SZAA11 | | | -0.3 | |
| 19 | | S02 | R&I | LT R&I headlamp assy | 33150SZAA11 | | | Incl. | |
| 20 | | S01 | Repl | Radiator support (HSS) | 60400SZAA01ZZ | 1 | -716.27 s | -11.3 | -1.8 |
| | | | | NOTE: LABOR: Time includes R&I/R&R condenser, radiator, center support, hood lock, upper cover, sight shield, battery, horns, reservoir tank, washer reservoir, splash shield, intake tube, D&R hood release cable and front wiring as necessary. | | | | | |
| 21 | * | S02 | Repl | Radiator support (HSS) | 60400SZAA01ZZ | 1 | 657.89 s | 11.3 | 1.8 |
| | | | | NOTE: LABOR: Time includes R&I/R&R condenser, radiator, center support, hood lock, upper cover, sight shield, battery, horns, reservoir tank, washer reservoir, splash shield, intake tube, D&R hood release cable and front wiring as necessary. | | | | | |
| 41 | # | S01 | Rpr | Rough pull | | | | -2.0 | |
| 78 | # | S02 | Rpr | Rough pull | | | | 2.0 F | |
| **Deleted Items** | | | | | | | | | |
| 28 | | S01 | R&I | Radiator assy | 19010RN0A52 | | m | Incl. | |
| 30 | | S01 | | Deduct for Overlap | | | | 0.4 | |
| **Added Items** | | | | | | | | | |
| 28 | ** | S02 | Repl | A/M Radiator assy | RDPI13065 | 1 | 276.00 m | Incl. | |
| 30 | | S02 | | Deduct for Overlap | | | | -0.4 | |
| 31 | | S02 | R&I | Reservoir tank | 19101RN0A00 | | | Incl. | |
| 34 | | S02 | Repl | Evaporator tube front | 80342STXA52 | 1 | 54.72 m | 0.4 | |
| 35 | | S02 | Repl | Evaporator tube rear | 80341STXA51 | 1 | 116.10 m | 0.7 | |
| 36 | * | S02 | R&I | Compressor | 38810RN0A01 | | m | 1.5 | |
| 40 | | S02 | R&I | RT R&I fender assy | 60211SZAA90ZZ | | | 2.6 | |
| 41 | | S02 | R&I | LT R&I fender assy | 60261SZAA90ZZ | | | 2.6 | |
| 42 | | S02 | R&I | RT Fender liner | 74101SZAA50 | | | Incl. | |
| 43 | | S02 | R&I | LT Fender liner | 74151SZAA50 | | | Incl. | |
| 44 | | S02 | Repl | LT Upper rail (HSS) | 60713SZAA00ZZ | 1 | 65.42 s | 3.5 | 0.8 |
| 45 | | S02 | | Overlap Minor Panel | | | | | -0.2 |
| 46 | * | S02 | Rpr | RT Rail assy (HSS) | 60810SZAA00ZZ | | s | 3.0 | 1.2 |
| 47 | | S02 | | Overlap Major Non-Adj. Panel | | | | | -0.2 |
| 48 | * | S02 | Rpr | LT Rail assy (HSS) | 60910SZAA00ZZ | | s | 3.0 | 1.2 |
| 49 | | S02 | | Overlap Major Non-Adj. Panel | | | | | -0.2 |
| 50 | | **ELECTRICAL** | | | | | | | |
| 51 | * | S02 | R&I | LT Engine harness 4WD EX-L | 32120SZAA13 | | | 3.0 | |
| 52 | * | S02 | R&I | LT Fuse Box Bracket | SEE FOOTNOTE | | | 0.3 | |
| 53 | | S02 | R&I | Negative cable | 32600SZAA00 | | m | 0.2 | |

Claim #:
Workfile ID:

IPQ5224001
504994a0

## Supplement of Record 2 with Summary

2014 HOND Pilot EX-L 4WD 4D UTV 6-3.5L Gasoline Sequential MPI Black

| | | | | NOTE: Disable airbag system | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 54 | | **ENGINE / TRANSAXLE** | | | | | | | |
| 55 | | S02 | R&I | Resonator | 17230RN0A01 | | | m | 0.3 |
| 56 | | S02 | Repl | Filter housing | 17244RN0A00 | 1 | 29.73 | m | 0.3 |
| 57 | | **WHEELS** | | | | | | | |
| 58 | | S02 | R&I | LT/Front R&I wheel | 42700SZAA42 | | | m | 0.1 |
| 59 | | S02 | R&I | RT/Front R&I wheel | 42700SZAA42 | | | m | 0.1 |
| 60 | | **FRONT SUSPENSION** | | | | | | | |
| 61 | * | S02 | R&I | R&I engine cradle as an assy | 50200SZAA02 | | | m | 2.5 M |
| | | | | NOTE: Partial drop | | | | | |
| 62 | | **STEERING GEAR & LINKAGE** | | | | | | | |
| 63 | | S02 | R&I | Reservoir | 53701SZAR01 | | | m | 0.6 |
| 64 | | **WINDSHIELD** | | | | | | | |
| 65 | * | S02 | R&I | Reservoir 4WD | 76841SZAA21 | | | | Incl. |
| 66 | | **RESTRAINT SYSTEMS** | | | | | | | |
| 67 | | S02 | R&I | RT Ft impact sensor | 77970STXA01 | | | m | 0.3 |
| 68 | | S02 | R&I | LT Ft impact sensor | 77970STXA01 | | | m | 0.3 |
| 69 | | **PILLARS, ROCKER & FLOOR** | | | | | | | |
| 70 | | S02 | R&I | RT Rocker molding | 71800SZAA01ZA | | | | Incl. |
| 71 | | S02 | R&I | LT Rocker molding | 71850SZAA01ZA | | | | Incl. |
| 85 | ** | S02 | Repl | A/M Spot weld tips | | 1 | 28.60 | | |
| 86 | # | S02 | Rpr | Color Tint- minor | | | | | 0.5 |
| 87 | ** | S02 | Repl | A/M Grinding belts | | 1 | 24.00 | | |
| 88 | ** | S02 | Repl | A/M Air cleaner bolts | | 1 | 2.80 | | |
| 89 | ** | S02 | Repl | A/M Rad support bolts | | 1 | 4.44 | | |
| 90 | ** | S02 | Repl | A/M Fan bolts | | 1 | 15.44 | | |
| 91 | ** | S02 | Repl | A/M Wire loom holders | | 1 | 49.80 | | |
| 92 | ** | S02 | Repl | A/M O-Ring | | 1 | 3.08 | | |
| 93 | ** | S02 | Repl | A/M Scuff belts | | 1 | 12.00 | | |
| 94 | ** | S02 | Repl | A/M Flange bolts | | 1 | 25.40 | | |
| 95 | ** | S02 | Repl | A/M Cradle support bolts | | 1 | 24.60 | | |
| 96 | ** | S02 | Repl | A/M Hose clamps | | 1 | 30.00 | | |
| 97 | # | S02 | Subl | Clear codes | | 1 | 164.29 X | | |
| 98 | # | S02 | Subl | Fluid Level Check | | 1 | 82.14 X | | |
| 99 | ** | S02 | Repl | A/M Trans fluid | | 1 | 33.93 | | |
| 100 | ** | S02 | Repl | A/M Mech shop supplies | | 1 | 7.40 | | |
| 101 | # | S02 | Rpr | Transport to mechanical shop | | | | | 1.5 |
| | | | | | **SUBTOTALS** | | **988.84** | **26.7** | **2.6** |

FILED DATE: 9/29/2021 7:19 PM    2021L065089

|  | Claim #: | IPQ5224001 |
|--|----------|------------|
|  | Workfile ID: | 504994a0 |

## Supplement of Record 2 with Summary

2014 HOND Pilot EX-L 4WD 4D UTV 6-3.5L Gasoline Sequential MPI Black

### TOTALS SUMMARY

| Category | Basis | | Rate | Cost $ |
|----------|-------|--|------|--------|
| Parts | | | | 742.41 |
| Body Labor | 22.2 hrs | @ | $ 50.00 /hr | 1,110.00 |
| Paint Labor | 2.6 hrs | @ | $ 50.00 /hr | 130.00 |
| Mechanical Labor | 2.5 hrs | @ | $ 85.00 /hr | 212.50 |
| Frame Labor | 2.0 hrs | @ | $ 55.00 /hr | 110.00 |
| Paint Supplies | 2.6 hrs | @ | $ 32.00 /hr | 83.20 |
| Miscellaneous | | | | 246.43 |
| Subtotal | | | | 2,634.54 |
| Sales Tax | $ 825.61 | @ | 10.0000 % | 82.56 |
| Additional Supplement Taxes | | | | 0.01 |
| **Total Supplement Amount** | | | | **2,717.11** |
| **NET COST OF SUPPLEMENT** | | | | **2,717.11** |

### CUMULATIVE EFFECTS OF SUPPLEMENT(S)

| Estimate | | 765.22 | KEVIN LASTER |
|----------|--|--------|--------------|
| Supplement S01 | | 2,727.73 | KEVIN LASTER |
| Supplement S02 | | 2,717.11 | KEVIN LASTER |
| **Workfile Total:** | $ | 6,210.06 | |
| **TOTAL ADJUSTMENTS:** | $ | 250.00 | |
| **NET COST OF REPAIRS:** | $ | 5,960.06 | |

2159.37
DEF.

All supplements must be pre-approved by Travelers.

Supplement repair charges may be subject to rejection unless approved by Travelers prior to repairs.

This instrument is a damage estimate only and not an acceptance of liability or authorization to repair.

Repair must be pre-authorized by the vehicle owner.

Vehicle owner maintains the right to repair vehicle at a repair facility of their choice.

Please present this estimate to the repair facility prior to repairs.

Necessary Information for Photograph and Video Estimates (READ CAREFULLY):
This estimate may have been completed based wholly or in part using photographs and/or video. Because of the use of photographs and video, this estimate may not be complete, as there could be hidden damage. You should provide this estimate to the shop of your choice prior to commencement of work. If your shop finds additional damages or undiscovered damages, Travelers will work with your repairer to assess the appropriate scope of work. Your shop is instructed in this estimate to contact Travelers through its supplement process and the damages they discover must be reviewed and approved prior to repairing the vehicle In the event that you are not repairing your vehicle and believe that our estimate does not account for all of your damages, please contact your Claim professional to discuss

Claim #: IPQ5224001
Workfile ID: 504994a0

## Supplement of Record 2 with Summary

2014 HOND Pilot EX-L 4WD 4D UTV 6-3.5L Gasoline Sequential MPI Black

and address your concerns and options.

ILLINOIS LAW REQUIRES THAT VEHICLE REPAIRERS MUST BE LICENSED IN ACCORDANCE WITH SECTION 5-301 OF THE ILLINOIS VEHICLE CODE.

This estimate has been prepared based on the use of crash parts supplied by a source other than the manufacturer of your motor vehicle. Warranties applicable to these replacement parts are provided by the manufacturer or distributor of these parts rather than the manufacturer of your vehicle.

FILED DATE: 9/29/2021 7:19 PM 2021L065089

|  | Claim #: | IPQ5224001 |
|  | Workfile ID: | 504994a0 |

**Supplement of Record 2 with Summary**

FILED DATE: 9/29/2021 7:19 PM  2021L065089

2014 HOND Pilot EX-L 4WD 4D UTV 6-3.5L Gasoline Sequential MPI Black

Estimate based on MOTOR CRASH ESTIMATING GUIDE and potentially other third party sources of data. Unless otherwise noted, (a) all items are derived from the Guide ARG4456, CCC Data Date 02/08/2021, and potentially other third party sources of data; and (b) the parts presented are OEM-parts. OEM parts are manufactured by or for the vehicle's Original Equipment Manufacturer (OEM) according to OEM's specifications for U.S. distribution. OEM parts are available at OE/Vehicle dealerships or the specified supplier. OPT OEM (Optional OEM) or ALT OEM (Alternative OEM) parts are OEM parts that may be provided by or through alternate sources other than the OEM vehicle dealerships with discounted pricing.    Asterisk (*) or Double Asterisk (**) indicates that the parts and/or labor data provided by third party sources of data may have been modified or may have come from an alternate data source. Tilde sign (~) items indicate MOTOR Not-Included Labor operations. The symbol (<>) indicates the refinish operation WILL NOT be performed as a separate procedure from the other panels in the estimate. Non-Original Equipment Manufacturer aftermarket parts are described as Non OEM, A/M or NAGS. Used parts are described as LKQ, RCY, or USED. Reconditioned parts are described as Recond. Recored parts are described as Recore. NAGS Part Numbers and Benchmark Prices are provided by National Auto Glass Specifications. Labor operation times listed on the line with the NAGS information are MOTOR suggested labor operation times. NAGS labor operation times are not included. Pound sign (#) items indicate manual entries.

Some 2021 vehicles contain minor changes from the previous year. For those vehicles, prior to receiving updated data from the vehicle manufacturer, labor and parts data from the previous year may be used. The CCC ONE estimator has a list of applicable vehicles. Parts numbers and prices should be confirmed with the local dealership.

The following is a list of additional abbreviations or symbols that may be used to describe work to be done or parts to be repaired or replaced:

SYMBOLS FOLLOWING PART PRICE:
m=MOTOR Mechanical component. s=MOTOR Structural component. T=Miscellaneous Taxed charge category. X=Miscellaneous Non-Taxed charge category.

SYMBOLS FOLLOWING LABOR:
D=Diagnostic labor category. E=Electrical labor category. F=Frame labor category. G=Glass labor category. M=Mechanical labor category. S=Structural labor category. (numbers) 1 through 4=User Defined Labor Categories.

OTHER SYMBOLS AND ABBREVIATIONS:
Adj.=Adjacent. Algn.=Align. ALU=Aluminum. A/M=Aftermarket part. Blnd=Blend. BOR=Boron steel. CAPA=Certified Automotive Parts Association. D&R=Disconnect and Reconnect. HSS=High Strength Steel. HYD=Hydroformed Steel. Incl.=Included. LKQ=Like Kind and Quality. LT=Left. MAG=Magnesium. Non-Adj.=Non Adjacent. NSF=NSF International Certified Part. O/H=Overhaul. Qty=Quantity. Refn=Refinish. Repl=Replace. R&I=Remove and Install. R&R=Remove and Replace. Rpr=Repair. RT=Right. SAS=Sandwiched Steel. Sect=Section. Subl=Sublet. UHS=Ultra High Strength Steel. N=Note(s) associated with the estimate line.

CCC ONE Estimating - A product of CCC Information Services Inc.

The following is a list of abbreviations that may be used in CCC ONE Estimating that are not part of the MOTOR CRASH ESTIMATING GUIDE:
BAR=Bureau of Automotive Repair. EPA=Environmental Protection Agency. NHTSA= National Highway Transportation and Safety Administration. PDR=Paintless Dent Repair. VIN=Vehicle Identification Number.

Claim #: IPQ5224001
Workfile ID: 504994a0

**Supplement of Record 2 with Summary**

2014 HOND Pilot EX-L 4WD 4D UTV 6-3.5L Gasoline Sequential MPI Black

## ALTERNATE PARTS SUPPLIERS

| Line | Supplier | Description | Price |
|------|----------|-------------|-------|
| 4 | Andrews Automotive Corporation<br>10055 S Torrence Ave<br>Chicago IL 60617<br>(773) 768-1122 | #HO1000285<br>RECOND Bumper cover w/o Touring<br>Quote: 789034239<br>Expires: 01/18/21 | $ 185.00 |
| 7 | KEYSTONE - ALSIP, IL<br>5100 WEST 123rd STREET<br>ALSIP IL 60803<br>(800) 622-0096 | #HO1044100C<br>A/M CAPA Lower grille<br>Quote: 766634050<br>Expires: 02/25/21 | $ 33.33 |
| 8 | KEYSTONE - ALSIP, IL<br>5100 WEST 123rd STREET<br>ALSIP IL 60803<br>(800) 622-0096 | #HO1095117<br>A/M Lower cover<br>Quote: 780436480<br>Expires: 03/12/21 | $ 88.00 |
| 11 | KEYSTONE - ALSIP, IL<br>5100 WEST 123rd STREET<br>ALSIP IL 60803<br>(800) 622-0096 | #HO1068122<br>A/M License frame<br>Quote: 766634050<br>Expires: 02/25/21 | $ 13.00 |
| 28 | Professional Parts Grp-Chicago<br>305 North Ave<br>Carol Stream IL 60188<br>(630) 948-7636 | #RDPI13065<br>A/M Radiator assy<br>Quote: 13792735<br>Expires: 02/24/21 | $ 276.00 |
| 29 | KEYSTONE - ALSIP, IL<br>5100 WEST 123rd STREET<br>ALSIP IL 60803<br>(800) 622-0096 | #HO4050101<br>A/M Trans cooler<br>Quote: 780436480<br>Expires: 03/12/21 | $ 98.75 |
| 33 | 1800Radiator 100 CHICAGO WEST,<br>2732 WISCONSIN AVENUE<br>DOWNERS GROVE IL 60515<br>(630) 652-0770 | #303556CY<br>A/M Condenser<br>Quote: 23954443<br>Expires: 02/09/21 | $ 171.00 |

FILED DATE: 9/29/2021 7:19 PM   2021L065089

# Exhibit E

**TRAVELERS**

Naperville Claim Department-PI

For Supplements Call 888-499-7456, Prompt 7

PO Box 3095

Naperville, IL 60566

Phone: (800) 842-6172

2016

## Supplement of Record 1 with Summary

Written By: PAUL FERNANDEZ, 9/22/2016, 1:24:16 PM
Adjuster: FERNANDEZ, PAUL (224) 271-1793 ext PBH5

| Named | | Claims Facility #: | FTSDUIA493X259390491 | Unit: | **BILBAO-061** |
| MARSHALL | | | | | |
| Type of Loss: | Collision | Date of Loss: | 9/01/2016 08:45 PM | Days to Repair: | 0 |
| Loss to Subject: | 97 Left Rear | Language: | ESPAN | | |

**Owner (Insured):**

MARSHALL

**Inspection Location:**
CRELLEMEYER COLLISION
CENTER
160 N NEW AVE
LEMONT IL 60439
Repair Facility
(630) 257-2377 (Phone)

**Appraiser Information:**
CRELLEMAN & TRAVELERS.COM
(630) 561-5071

**Repair Facility:**
CRELLEMEYER COLLISION CENTER
160 N NEW AVE
LEMONT IL 60439
(630) 257-2377 (Phone)

---

## VEHICLE

2016 Chevrolet Jeep 4D Wgn 4 cyl Hybrid Signature 85H Black

| VIN: | 1G11C5SU9F4J75955 | License Plate: | IL | Color: | | MARSHALL 061 | Plate: |
| Interior: | LEGGS | | Odometer: | 4931 | License & Exp: | Black |
| Mode: | H | | Condition: | | | |

---

| TRANSMISSION | CONVENIENCE | RADIO | Hands Free Device |
|---|---|---|---|
| Automatic Transmission | Air Conditioning | a/c Radio | SEATS |
| **POWER** | Intermittent Wipers | FM Radio | Bucket Seats |
| Power Steering | Tilt Wheel | Speakers | Reclining/Lounge Seats |
| Power Brakes | Cruise Control | consoli Stereo | Leather Seats |
| Power Windows | Rear Defogger | CD Player | Heated Seats |
| Power Locks | Keyless Entry | Aux Auxy Audio Connection | **WHEELS** |
| Power Mirror | Message Center | Satellite Stereo | Wheel Covers |
| Power Driver Seat | Steering Wheel Touch Controls | **SAFETY** | **PAINT** |
| **GLASS** | Rain Sensor Wiper | Drivers Side Air Bag | Clear Coat Paint |
| Dual Mirrors | Telescopic Wheel | Passenger Air Bag | **OTHER** |
| Tinted Glass | Climate Control | anti Lock Brakes (4) | Traction Control |
| Electric Defrost | Navigation System | Anti-Lock Brakes | Stability Control |
| Cruise Control | Keyless Remote Entry Systems | Front Side Impact Airbag | Rear Spoiler |
| Premium Sound | Power On | Heads Window Air Bag | Camera/a Electronic |

## Supplement of Record 1 with Summary

### ESTIMATE TOTALS

| Category | Basis | | Rate | Cost $ |
|---|---|---|---|---|
| Parts | | | | |
| Body Labor | 27 hrs | | $ 20.00 /hr | |
| Paint Labor | | | $ 0.00 /hr | $20.00 |
| Mechanical Labor | | | 144.00 /hr | |
| Frame Labor | | | $ 75.00 /hr | |
| Paint Supplies | | | $ 20.00 /hr | |
| Other Charges | | | | |
| Subtotal | | | | 7,363.71 |
| Sales Tax | $ 2,156.42 | | 6.000 % | 184.27 |
| **Total Cost of Repairs** | | | | 6,247.33 |
| Deductible | | | | 500.00 |
| **Total Adjustments** | | | | 500.00 |
| **Net Cost of Repairs** | | | | 5,747.32 |

# TRAVELERS

Naperville-Claim Department-PI
** For Supplements Call 888-299-7456,
Prompt 2 **
PO Box 3095
Naperville, IL 60566
Phone: (800) 842-6172

2017

Claim #:                H6H1508001
Workfile ID:            f33d1d2c

## Supplement of Record 1 with Summary

Written By: MANUEL CANTU, 12/12/2017 11:01:40 AM
Adjuster: RAGSDALE, CHRISTOPHER, (630) 961-7036 Business

| | | | | |
|---|---|---|---|---|
| Insured: | NICHOLAS | Owner Policy #: | PT5010A9915051561011 | Claim #: H6H1508001 |
| Type of Loss: | Collision | Date of Loss: | 11/13/2017 12:00 AM | Days to Repair: 4 |
| Point of Impact: | 01 Right Front | Deductible: | 500.00 | |

**Owner (Insured):**
NICHOLAS

**Inspection Location:**
3NAP
3NAP
Non Drive-In

**Appraiser Information:**
mcantu@travelers.com
(630) 636-8967

**Repair Facility:**
KALLEMEYN COLLSION CENTER
16039 NEW AVE
LEMONT, IL 60521
(630) 257-2279 Business
(630) 257-2279 Fax

## VEHICLE

2008 CHRY Town & Country Touring 4D VAN 6-3.8L Gasoline SMPI Silver

| | | | | | |
|---|---|---|---|---|---|
| VIN: | 2A8HR54P18R826377 | Production Date: | 06/2008 | Interior Color: | Gray |
| License: | 32965 FF | Odometer: | 104837 | Exterior Color: | Silver |
| State: | IL | Condition: | | | |

**TRANSMISSION**
Automatic Transmission
Overdrive
**POWER**
Power Steering
Power Brakes
Power Windows
Power Locks
Power Mirrors
Heated Mirrors
Power Driver Seat
Power Adjustable Pedals
**DECOR**
Dual Mirrors
Body Side Moldings
Privacy Glass
Console/Storage

Wood Interior Trim
**CONVENIENCE**
Air Conditioning
Intermittent Wipers
Tilt Wheel
Cruise Control
Rear Defogger
Keyless Entry
Message Center
Steering Wheel Touch Controls
Rear Window Wiper
Dual Air Condition
Navigation System
Backup Camera w/Parking Sensors
Entertainment Center
Dual Power Sliding Doors
Remote Starter

**RADIO**
AM Radio
FM Radio
Stereo
Search/Seek
CD Player
Auxillary Audio Connection
**SAFETY**
Drivers Side Air Bag
Passenger Air Bag
Anti-Lock Brakes (4)
4 Wheel Disc Brakes
Traction Control
Stability Control
Head/Curtain Air Bags
**ROOF**
Luggage/Roof Rack

Reclining/Lounge Seats
Leather Seats
Heated Seats
3rd Row Seat
Retractable Seats
Captain Chairs (4)
**WHEELS**
Aluminum/Alloy Wheels
**PAINT**
Clear Coat Paint
Metallic Paint
**OTHER**
Fog Lamps
**TRUCK**
Rear Step Bumper
Power Trunk/Gate Release

12/12/2017 11:01:49 AM                    077140 | 1.6.09.03151                    Page 1

|  |  |  |
|---|---|---|
| Claim #: | | H6H1508001 |
| Workfile ID: | | f33d1d2c |

## Supplement of Record 1 with Summary

2008 CHRY Town & Country Touring 4D VAN 6-3.8L Gasoline SMPI Silver

| 76 | # | Refn | Tint color | | | | | 0.5 |
|----|---|------|------------|---|---|------|------|-----|
| 77 | # | Subl | Hazardous waste removal | | 1 | 3.00 X | | |
| | | | | SUBTOTALS | | 2,505.74 | 19.6 | 10.7 |

### ESTIMATE TOTALS

| Category | Basis | | Rate | Cost $ |
|----------|-------|---|------|--------|
| Parts | | | | 2,189.89 |
| Body Labor | 16.4 hrs | @ | $ 50.00 /hr | 820.00 |
| Paint Labor | 10.7 hrs | @ | $ 50.00 /hr | 535.00 |
| Mechanical Labor | 3.2 hrs | @ | 134.00 /hr | 428.80 |
| Paint Supplies | 10.7 hrs | @ | $ 32.00 /hr | 342.40 |
| Miscellaneous | | | | 315.85 |
| Subtotal | | | | 4,631.94 |
| Sales Tax | $ 2,540.29 | @ | 9.0000 % | 228.63 |
| Total Cost of Repairs | | | | 4,860.57 |
| Deductible | | | | 500.00 |
| Total Adjustments | | | | 500.00 |
| Net Cost of Repairs | | | | 4,360.57 |

√ 2017

# TRAVELERS

Charlotte-Claim Department-BI
P.O. Box 473508
Charlotte, NC 28247
Phone: (800) 759-6194

Claim #: FAM2812001
Workfile ID: 704cc3f3

## Supplement of Record 1 with Summary

Written By: MANUEL CANTU, 8/17/2017 5:16:45 PM
Adjuster: STARNES, ALLAN, (704) 540-3476 Evening

| | | | | | |
|---|---|---|---|---|---|
| Insured: | OZARK MOTOR LINES INC | Owner Policy #: | | Claim #: | FAM2812001 |
| Type of Loss: | Liability | Date of Loss: | 05/18/2017 12:00 AM | Days to Repair | 16 |
| Point of Impact: | 09 Left T-Bone (Left Side) | Deductible: | | | |

| Owner (Claimant): | Inspection Location: | Appraiser Information: | Repair Facility: |
|---|---|---|---|
| STEVE███████ | ████████ | mcantu@travelers.com | Kellenteyn Auto Center Lemont |
| | ████0439 | (630) 636-8967 | 16039 New Ave |
| | | | Lemont, IL 60439 |
| | | | (630) 257-2277 Business |

---

## VEHICLE

2016 HOND CR-V SE 4D UTV 4-2.4L Gasoline Gasoline Direct Injection BLUE

| | | Production Date: | | Interior Color: | GRAY |
|---|---|---|---|---|---|
| VIN: | 5J6RM3H4XGL004127 | | | | |
| License: | Q25 6096 | Odometer: | 8083 | Exterior Color: | BLUE |
| State: | IL | Condition: | | | |

---

**TRANSMISSION**
Automatic Transmission
**POWER**
Power Steering
Power Brakes
Power Windows
Power Locks
Power Mirrors
**DECOR**
Dual Mirrors
Body Side Moldings
Privacy Glass
Console/Storage
Overhead Console

**CONVENIENCE**
Air Conditioning
Intermittent Wipers
Tilt Wheel
Cruise Control
Rear Defogger
Keyless Entry
Alarm
Message Center
Steering Wheel Touch Controls
Rear Window Wiper
Telescopic Wheel
Backup Camera w/Parking Sensors
**RADIO**

AM Radio
FM Radio
Stereo
Search/Seek
CD Player
Auxiliary Audio Connection
**SAFETY**
Drivers Side Air Bag
Passenger Air Bag
Anti-Lock Brakes (4)
4 Wheel Disc Brakes
Traction Control
Stability Control
Front Side Impact Air Bags

Head/Curtain Air Bags
Hands Free Device
**SEATS**
Cloth Seats
Bucket Seats
Reclining/Lounge Seats
**WHEELS**
Aluminum/Alloy Wheels
**PAINT**
Clear Coat Paint
Metallic Paint

|  | Claim #: | FAM2812001 |
|---|---|---|
|  | Workfile ID: | 704cc3f3 |

### Supplement of Record 1 with Summary

2016 HOND CR-V SE 4D UTV 4-2.4L Gasoline Gasoline Direct Injection BLUE

### ESTIMATE TOTALS

| Category | Basis | | Rate | Cost $ |
|---|---|---|---|---|
| Parts | | | | 3,534.96 |
| Body Labor | 55.5 hrs | @ | $ 50.00 /hr | 2,775.00 |
| Paint Labor | 19.1 hrs | @ | $ 50.00 /hr | 955.00 |
| Mechanical Labor | 0.7 hrs | @ | 134.00 /hr | 93.80 |
| Frame Labor | 2.5 hrs | @ | $ 80.00 /hr | 200.00 |
| Paint Supplies | 19.4 hrs | @ | $ 30.00 /hr | 582.00 |
| Miscellaneous | | | | 99.99 |
| Other Charges | | | | 3.00 |
| Subtotal | | | | 8,243.75 |
| Sales Tax | $ 4,216.95 | @ | 9.0000 % | 379.53 |
| **Total Cost of Repairs** | | | | **8,623.28** |
| **Total Adjustments** | | | | **0.00** |
| **Net Cost of Repairs** | | | | **8,623.28** |

*2019*

# TRAVELERS

Auto Express Claim Center (235)
Email Supplements:
supplementrequest@travelers.com
By phone: (888) 299-7456
PO Box 430
Buffalo, NY 14240
Phone: (877) 411-0768

Claim #:                IER6390001
Workfile ID:            fa4dd243

## Supplement of Record 2 Summary

Written By: MANUEL CANTU, 3/8/2019 3:22:52 PM
Adjuster: FORGIE, JEFFREY, (716) 855-5046 Evening

| | | | | | |
|---|---|---|---|---|---|
| Insured: | RAYMOND | Owner Policy #: | PT5010A9938980772031 | Claim #: | IER6390001 |
| Type of Loss: | Collision | Date of Loss: | 01/16/2019 12:00 AM | Days to Repair: | 19 |
| Point of Impact: | 12 Front | Deductible: | 500.00 | | |

**Owner (Insured):**
RAYMOND
39

**Inspection Location:**
RAYMOND

**Appraiser Information:**
mcantu@travelers.com
(630) 636-8967

**Repair Facility:**
KALLEMEYN COLLSION CENTER
16039 NEW AVE
LEMONT, IL 60521
(630) 257-2277 Business
(630) 257-2279 Fax

## VEHICLE

2013 TOYO RAV4 Limited AWD 4D UTV 4-2.5L Gasoline SFI Gray

| | | | | | |
|---|---|---|---|---|---|
| VIN: | 2T3DFREV8DW058156 | Production Date: | 06/2013 | Interior Color: | Gray |
| License: | S26 4609 | Odometer: | 96446 | Exterior Color: | Gray |
| State: | IL | Condition: | | | |

| **TRANSMISSION** | Air Conditioning | CD Player | Reclining/Lounge Seats |
|---|---|---|---|
| Automatic Transmission | Intermittent Wipers | Auxiliary Audio Connection | Leather Seats |
| 4 Wheel Drive | Tilt Wheel | Premium Radio | Heated Seats |
| **POWER** | Cruise Control | **SAFETY** | **WHEELS** |
| Power Steering | Rear Defogger | Drivers Side Air Bag | Aluminum/Alloy Wheels |
| Power Brakes | Keyless Entry | Passenger Air Bag | **PAINT** |
| Power Windows | Message Center | Anti-Lock Brakes (4) | Clear Coat Paint |
| Power Locks | Steering Wheel Touch Controls | 4 Wheel Disc Brakes | Metallic Paint |
| Power Mirrors | Rear Window Wiper | Traction Control | **OTHER** |
| Heated Mirrors | Telescopc Wheel | Stability Control | Fog Lamps |
| Power Driver Seat | Climate Control | Front Side Impact Air Bags | Rear Spoiler |
| Memory Package | Backup Camera w/Parking Sensors | Head/Curtain Air Bags | Signal Integrated Mirrors |
| **DECOR** | **RADIO** | Hands Free Device | California Emissions |
| Dual Mirrors | AM Radio | **ROOF** | **TRUCK** |
| Privacy Glass | FM Radio | Luggage/Roof Rack | Power Trunk/Gate Release |
| Console/Storage | Stereo | Electric Glass Sunroof | |
| **CONVENIENCE** | Search/Seek | **SEATS** | |

Claim #:
Workfile ID:

IER6390001
fa4dd243

## Supplement of Record 2 Summary

2013 TOYO RAV4 Limited AWD 4D UTV 4-2.5L Gasoline SFI Gray

| 125 | # | S02 | Rpr | Transportation charge | | | | | 1.0 | |
| 126 | # | S02 | Rpr | Burn in adjacent welds | | | | | 3.0 | 2.2 |
| 127 | # | S02 | Rpr | Addtional time to remove adhesive/foam | | | | | 1.0 | |
| 128 | # | S02 | Rpr | Additional Clear coat | | | | | | 1.2 |
| 129 | # | S02 | Rpr | Sieleve time | | | | | 2.0 | |
| 130 | # | S02 | Repl | LT Rear Seat Trim cover | | 1 | 22.87 | | | |
| | | | | NOTE: NOT LISTED IN CCC DATABASE | | | | | | |
| 131 | # | S02 | Subl | Tow to clear codes | | 1 | 175.00 X | | | |
| 132 | ** | S02 | Repl | A/M Freon Oil | | 1 | 35.00 | | | |
| 133 | ** | S02 | Repl | A/M Self leveling seam sealer | | 1 | 64.55 | | | |
| 134 | ** | S02 | Repl | A/M Metal Bonding kit | | 1 | 69.95 | | | |
| 135 | # | | Subl | Hazardous waste removal | | 1 | 3.00 X | | | |
| | | | | | **SUBTOTALS** | | **4,374.49** | | **65.9** | **24.9** |

## NOTES

Prior Damage Notes:
LT FENDER DENT
LT FRONT DOOR DINGS
SCUFFS/PITTED TO HOOD
WHEE;S SCUFFEED
RT REAR DOOR DINGS/SCUFFS
RT REAR REFLECTOR IS NOT ALIGNED

## ESTIMATE TOTALS

| Category | Basis | | Rate | Cost $ |
|---|---|---|---|---|
| Parts | | | | 3,669.99 |
| Body Labor | 62.8 hrs | @ | $ 50.00 /hr | 3,140.00 |
| Paint Labor | 24.9 hrs | @ | $ 50.00 /hr | 1,245.00 |
| Mechanical Labor | 3.1 hrs | @ | $ 149.95 /hr | 464.85 |
| Paint Supplies | 24.9 hrs | @ | $ 32.00 /hr | 796.80 |
| Miscellaneous | | | | 704.50 |
| Subtotal | | | | 10,021.14 |
| Sales Tax | $ 4,466.79 | @ | 9.0000 % | 402.01 |
| **Total Cost of Repairs** | | | | **10,423.15** |
| Deductible | | | | 500.00 |
| **Total Adjustments** | | | | **500.00** |
| **Net Cost of Repairs** | | | | **9,923.15** |

**TRAVELERS**

Lake Michigan Claim Center (BI-028)
Email Supplements:
supplementrequest@travelers.com
By phone: (888) 299-7456
PO Box 650293
Dallas, TX 75265
Phone: (800) 842-6172

2018
Completg 2019

Claim #:                    FEQ2249002
Workfile ID:                1e308b6e

## Supplement of Record 2 with Summary

Written By: MANUEL CANTU, 2/7/2019 11:27:34 AM
Adjuster: ANDERSON, JASON, (630) 961-7047 Evening

| Insured: | WEST SIDE MACHINE INC. & | Owner Policy #: | | Claim #: | FEQ2249002 |
|---|---|---|---|---|---|
| Type of Loss: | Liability | Date of Loss: | 11/17/2018 12:00 AM | Days to Repair: | 15 |
| Point of Impact: | 07 Left Rear | Deductible: | | | |

**Owner (Claimant):**
ROBERTAS

**Inspection Location:**
KALLEMEYN COLLISION CENTER
16039 New Ave
LEMONT, IL 60439
Repair Facility
(630) 257-2277 Business

**Appraiser Information:**
mcantu@travelers.com
(630) 636-8967

**Repair Facility:**
KALLEMEYN COLLISION CENTER
16039 New Ave
LEMONT, IL 60439
(630) 257-2277 Business

## VEHICLE

2018 LEXU GX 460 4WD 4D UTV 8-4.6L Gasoline Sequential MPI Black

| VIN: | JTJBM7FX9J5186570 | Production Date: | | Interior Color: | Black |
|---|---|---|---|---|---|
| License: | QE3 6466 | Odometer: | 12000 | Exterior Color: | Black |
| State: | IL | Condition: | | | |

| TRANSMISSION | CONVENIENCE | CD Player | SEATS |
|---|---|---|---|
| Automatic Transmission | Air Conditioning | Auxiliary Audio Connection | Bucket Seats |
| 4 Wheel Drive | Intermittent Wipers | Satellite Radio | Leather Seats |
| **POWER** | Tilt Wheel | Equalizer | 3rd Row Seat |
| Power Steering | Cruise Control | **SAFETY** | Retractable Seats |
| Power Brakes | Rear Defogger | Drivers Side Air Bag | **WHEELS** |
| Power Windows | Keyless Entry | Passenger Air Bag | Aluminum/Alloy Wheels |
| Power Locks | Alarm | Anti-Lock Brakes (4) | **PAINT** |
| Power Mirrors | Steering Wheel Touch Controls | 4 Wheel Disc Brakes | Clear Coat Paint |
| Heated Mirrors | Rear Window Wiper | Traction Control | **OTHER** |
| Power Driver Seat | Telescopic Wheel | Stability Control | Rear Spoiler |
| Power Passenger Seat | Climate Control | Front Side Impact Air Bags | Signal Integrated Mirrors |
| Memory Package | Backup Camera w/Parking Sensors | Head/Curtain Air Bags | **TRUCK** |
| **DECOR** | Home Link | Rear Side Impact Air Bags | Rear Step Bumper |
| Dual Mirrors | **RADIO** | Hands Free Device | Running Boards/Side Steps |

| | | | | Claim #: | | FEQ2249002 |
| | | | | Workfile ID: | | 1e308b6e |

## Supplement of Record 2 with Summary

2018 LEXU GX 460 4WD 4D UTV 8-4.6L Gasoline Sequential MPI Black

| 83 | # | | Refn | Color Tint - minor | | | | | 0.5 |
| 84 | # | | Rpr | D&R Battery | | | | 0.3 | |
| 85 | ** | S02 | Repl | A/M Metal bounding kit | 1 | 65.00 | | | |
| 86 | # | S02 | Subl | Clear codes Sublet vendor +20% | 1 | 138.00 X | | | |
| | | | | NOTE: SHOP WAS UNABLE TO CALIBRATE RADAR SYSTEM | | | | | |
| 87 | ** | S02 | Repl | A/M Sublet shop supplies +20% | 1 | 9.82 | | | |
| 88 | # | S02 | Subl | Dealer recalibrating radars +20% | 1 | 304.20 X | | | |
| 89 | # | S02 | Subl | 4 Wheel allignment +20% | 1 | 189.00 X | | | |
| 90 | # | S02 | Rpr | Transport to dealer | | | | 2.0 | |
| 91 | ** | S02 | Repl | A/M Cavity wax | 1 | 20.00 | | 0.5 | |
| | | | | **SUBTOTALS** | | 4,898.24 | | 59.0 | 16.0 |

### ESTIMATE TOTALS

| Category | Basis | | Rate | Cost $ |
|---|---|---|---|---|
| Parts | | | | 4,267.04 |
| Body Labor | 56.2 hrs | @ | $ 50.00 /hr | 2,810.00 |
| Paint Labor | 16.0 hrs | @ | $ 50.00 /hr | 800.00 |
| Mechanical Labor | 2.8 hrs | @ | 149.95 /hr | 419.86 |
| Paint Supplies | 16.0 hrs | @ | $ 32.00 /hr | 512.00 |
| Miscellaneous | | | | 631.20 |
| Subtotal | | | | 9,440.10 |
| Sales Tax | $ 4,779.04 | @ | 9.0000 % | 430.11 |
| **Total Cost of Repairs** | | | | 9,870.21 |
| **Total Adjustments** | | | | 0.00 |
| **Net Cost of Repairs** | | | | 9,870.21 |

*2020*

# TRAVELERS

Auto Express Claim Center (235)
Email Supplements:
supplementrequest@travelers.com

PO Box 430
Buffalo, NY 14240
Phone: (877) 411-0768

Claim #:
Workfile ID:

IFX1934001
8a9830fe

## Supplement of Record 2 with Summary

Written By: CRAIG SIEFKER, 7/8/2020 10:50:15 AM
Adjuster: STANBACK, BILLY, (630) 961-4479 Evening

| | | | | | |
|---|---|---|---|---|---|
| Insured: | MYKALA | Owner Policy #: | PT5010V6006630072031 | Claim #: | IFX1934001 |
| Type of Loss: | Collision | Date of Loss: | 12/16/2019 06:40 AM | Days to Repair: | 7 |
| Point of Impact: | 06 Rear | Deductible: | 500.00 | | |

**Owner (Insured):**
MYKALA
...59

**Inspection Location:**
Virtual

**Repair Facility:**
KALLEMEYN COLLISION CENTER
16039 NEW AVE
LEMONT, IL 60439
(630) 257-2277 Evening

## VEHICLE

2016 HYUN Sonata Sport 4D SED 4-2.4L Gasoline Gasoline Direct Injection Black

| | | | | | |
|---|---|---|---|---|---|
| VIN: | 5NPE34AF9GH350523 | Production Date: | 11/2015 | Interior Color: | |
| License: | BU 24406 | Odometer: | 36307 | Exterior Color: | Black |
| State: | IL | Condition: | Good | | |

| TRANSMISSION | Overhead Console | FM Radio | SEATS |
|---|---|---|---|
| Automatic Transmission | **CONVENIENCE** | Stereo | Cloth Seats |
| Overdrive | Air Conditioning | Search/Seek | Bucket Seats |
| **POWER** | Intermittent Wipers | CD Player | **WHEELS** |
| Power Steering | Tilt Wheel | Auxiliary Audio Connection | Aluminum/Alloy Wheels |
| Power Brakes | Cruise Control | Satellite Radio | **PAINT** |
| Power Windows | Rear Defogger | **SAFETY** | Clear Coat Paint |
| Power Locks | Keyless Entry | Drivers Side Air Bag | **OTHER** |
| Power Mirrors | Alarm | Passenger Air Bag | Traction Control |
| Heated Mirrors | Message Center | Anti-Lock Brakes (4) | Stability Control |
| Power Driver Seat | Steering Wheel Touch Controls | 4 Wheel Disc Brakes | Rear Spoiler |
| **DECOR** | Telescopic Wheel | Front Side Impact Air Bags | Signal Integrated Mirrors |
| Dual Mirrors | Backup Camera | Head/Curtain Air Bags | Power Trunk/Gate Release |
| Tinted Glass | **RADIO** | Communications System | |
| Console/Storage | AM Radio | Hands Free Device | |

Claim #:

Workfile ID:

IFX1934001

8a9830fe

## Supplement of Record 2 with Summary

2016 HYUN Sonata Sport 4D SED 4-2.4L Gasoline Gasoline Direct Injection Black

### ESTIMATE TOTALS

| Category | Basis | | Rate | Cost $ |
|---|---|---|---|---|
| Parts | | | | 2,587.56 |
| Body Labor | 17.7 hrs | @ | $ 50.00 /hr | 885.00 |
| Paint Labor | 10.8 hrs | @ | $ 50.00 /hr | 540.00 |
| Mechanical Labor | 1.9 hrs | @ | $ 156.00 /hr | 296.40 |
| Paint Supplies | 10.8 hrs | @ | $ 32.00 /hr | 345.60 |
| Subtotal | | | | 4,654.56 |
| Sales Tax | $ 2,933.16 | @ | 7.5000 % | 219.99 |
| **Total Cost of Repairs** | | | | **4,874.55** |
| Deductible | | | | 500.00 |
| **Total Adjustments** | | | | **500.00** |
| **Net Cost of Repairs** | | | | **4,374.55** |

# Exhibit F

## Craig Kocmoud

| | |
|---|---|
| **From:** | Craig Kocmoud [craig@kallemeyncollisioncenter.com] |
| **Sent:** | Friday, February 19, 2021 12:48 PM |
| **To:** | 'mike@mrazinsurance.com' |
| **Subject:** | FW: IPQ5224001 FINAL 2nd request |
| **Attachments:** | KARL INVOICES.pdf; KARL.pdf; 197.jpg; 001.jpg; 002.jpg; 003.jpg; 004.jpg; 005.jpg; 006.jpg; 007.jpg; 008.jpg; 009.jpg; 010.jpg; 011 (2).jpg; 011.jpg; 012 (2).jpg; 012.jpg; 013 (2).jpg; 013.jpg; 014 (2).jpg; 014 (3).jpg; 014.jpg; 015 (2).jpg; 015 (3).jpg; 015.jpg; 016 (2).jpg; 016 (3).jpg; 016.jpg; 017 (2).jpg; 017 (3).jpg; 017.jpg; 018 (2).jpg; 018 (3).jpg; 018.jpg; 019 (2).jpg; 019 (3).jpg; 019.jpg; 020 (2).jpg; 020.jpg; 021.jpg; 022.jpg; 023.jpg; 024.jpg; 025.jpg; 026.jpg; 027.jpg; 028.jpg; 029.jpg; 030.jpg; 031.jpg; 032.jpg; 033.jpg; 034.jpg; 035.jpg; 036.jpg; 037.jpg; 038 (2).jpg; 038.jpg; 039 (2).jpg; 039.jpg; 040 (2).jpg; 040.jpg; 041 (2).jpg; 041.jpg; 042 (2).jpg; 042.jpg; 043 (2).jpg; 043.jpg; 044 (2).jpg; 044.jpg; 045 (2).jpg; 045.jpg; 046 (2).jpg; 046.jpg; 047 (2).jpg; 047.jpg; 048.jpg; 049.jpg; 050.jpg; 051.jpg; 052.jpg; 081.jpg; 082.jpg; 083.jpg; 084.jpg; 085.jpg; 086.jpg; 087.jpg; 088.jpg; 089.jpg; 090.jpg; 091.jpg; 112.jpg; 113.jpg; 114.jpg; 115.jpg; 116.jpg; 117.jpg; 119.jpg; 193.jpg; 194.jpg; 195.jpg; 196.jpg |

| | |
|---|---|
| **Importance:** | High |

-----Original Message-----
From: Craig Kocmoud [mailto:craig@kallemeyncollisioncenter.com]
Sent: Monday, February 15, 2021 9:31 AM
To: 'Travelers Supplement'
Subject: FW: IPQ5224001 FINAL 2nd request
Importance: High

-----Original Message-----
From: Craig Kocmoud [mailto:craig@kallemeyncollisioncenter.com]
Sent: Wednesday, February 10, 2021 8:36 AM
To: 'Travelers Supplement'
Subject: IPQ5224001 FINAL

Here is the final on this one with invoices and photos. labor rates need to be corrected and
so do a lot of operations that are not included in the radiator support replacement that CCC
says it is. The mech. operations needed have never been included. CCC is alacart and you have
to click on all associated parts that need to be serviced. Car is in the final detail / check
over today. Call if you have questions.

Thank you

Craig Kocmoud
Kallemeyn Collision Center
16039 New Ave
Lemont, IL 60439
630-257-2277 office
630-257-2279 fax
craig@kallemeyncollisioncenter.com

# Exhibit G







Exhibit H

## ACKNOWLEDGEMENT OF ASSIGNMENT OF PROCEEDS

This Acknowledgement of Assignment of Proceeds made effective as of March 17, 2021 is between Kevin and Jennifer Karl, of 12 Auburn Court, City of Lemont, County of Cook, State of Illinois, (collectively referred to herein as **"Assignors"**), and Kallemeyn Collision Center, Inc., of 16039 New Ave., City of Lemont, County of Cook, State of Illinois, (referred to herein as **"Assignee"**).

Assignee claimed that Assignors owed Assignee the amount of Two Thousand One Hundred Fifty Nine Dollars and Thirty Seven Cents ($2,159.37) arising out of labor and repair-related services relating to a 2014 Honda Pilot EX automobile damaged in a vehicle accident that occurred on or about January 4, 2021 (the **"Repairs"**). Assignors disputed the amount claimed owed by Assignee for the Repairs. The Assignors and Assignee settled their dispute over the Repairs in a Settlement Agreement dated March 17, 2021 (the **"Settlement Agreement"**). Under the Settlement Agreement, Assignors (a) paid Seven Hundred Sixty Five Dollars and Twenty Two Cents ($765.22) in the aggregate to Assignee for the Repairs and (b) conveyed and assigned to Assignee all rights, remedies, interests, proceeds, and causes of actions he, she, or they may have in or relating to the following described policy of insurance (the **"Policy"**) to recover any additional amount claimed owed by the Assignee for the Repairs:

| | |
|---|---|
| Policy No.: | 996661328 203 1 |
| Effective On: | January 4, 2021 |
| Issued by: | Travelers (The Standard Fire Ins. Co.) |
| Named Insureds: | Kevin and Jennifer Karl |
| Insuring: | 2014 Honda Pilot EX |
| Coverage: | Physical Damage/Collision/Comprehensive |

In witness whereof, I have executed this Acknowledgement of Assignment of Proceeds in Lamont, Illinois on March 26, 2021.

_Kevin Karl_  5/26/21

Kevin Karl

_Jennifer Karl_  5/26/21

Jennifer Karl

Kallemeyn Collision Center, Inc. confirms its acceptance of the assignment of proceeds under the Policy with respect to the Repairs as provided in the Settlement Agreement and this Acknowledgement of Assignment of Proceeds:

By: _Kallemeyn_   5/27/21

Jeff Kallemeyn, President





**Illinois Department of Insurance**
320 West Washington Street
Springfield, Illinois 62767

9214 7969 0399 9790 1640 4596 78

The Travelers Indemnity Company
One Tower Square
Hartford, CT 06182

## Gross, Kaneisha

| | |
|---|---|
| **From:** | Beyer, Pamela J <PBEYER@travelers.com> |
| **Sent:** | Wednesday, October 20, 2021 1:26 PM |
| **To:** | TravelersSOP |
| **Cc:** | Beyer, Pamela J |
| **Subject:** | Travelers Direct Oct 20 Kallemeyn Collision Center |
| **Attachments:** | Corporate_Litigation_10373_004.pdf |

**Importance:**          High

Pamela Beyer | Sr Service of Process Coord | Corporate Litigation Travelers
385 S Washington Street |9275- LC12L
St. Paul, MN 55102
W: 651-310-3682   F: 651-310-8204

-----Original Message-----
From: LeBel, Laurie <LLEBEL@travelers.com> On Behalf Of CORPMAIL
Sent: Wednesday, October 20, 2021 12:08 PM
To: Beyer, Pamela J <PBEYER@travelers.com>
Subject: FW: Emailing: Corporate_Litigation_10373_004.pdf

Please send to CSC

-----Original Message-----
From: TRAVELERS DOCUMENT MANAGEMENT <TRVDOCMT@travelers.com>
Sent: Wednesday, October 20, 2021 10:05 AM
To: CORPMAIL <CORPMAIL@travelers.com>
Cc: TRAVELERS DOCUMENT MANAGEMENT <TRVDOCMT@travelers.com>
Subject: Emailing: Corporate_Litigation_10373_004.pdf

Your message is ready to be sent with the following file or link attachments:

Corporate_Litigation_10373_004.pdf

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file
attachments.  Check your e-mail security settings to determine how attachments are handled.

This message (including any attachments) may contain confidential, proprietary, privileged and/or private information.
The information is intended to be for the use of the individual or entity designated above. If you are not the intended
recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any
disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other
than the intended recipient is prohibited.

TRVDiscDefault::1201