IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KALLEMEYN COLLISION CENTER, INC., directly and as assignee of Kevin Karl and Jennifer Karl, and JEFF KALLEMEYN, individually, <br><br> Plaintiffs, <br><br> v. <br><br> THE STANDARD FIRE INSURANCE COMPANY, and THE TRAVELERS INDEMNITY COMPANY, <br><br> Defendants. | Case No. 1:21-cv-6004 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, Kallemeyn Collision Center, Inc., and Jeff Kallemeyn, and Defendants, THE STANDARD FIRE INSURANCE COMPANY ("Standard Fire") and THE TRAVELERS INDEMNITY COMPANY ("Travelers Indemnity"), by and through their respective attorneys of record, pursuant to Fed. R. Civ. P. 41(a)(1) and their settlement of all matters in dispute, submit this Joint Stipulation of Dismissal with Prejudice. The parties hereby agree to the dismissal of this action with prejudice with each party to bear its own costs and attorney's fees.

Respectfully submitted,

| **KALLEMEYN COLLISION CENTER, INC., and JEFF KALLEMEYN** | **TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA** |
|---|---|
| /s/ Patrick J. McGuire <br> Patrick J. McGuire <br> Law Offices of Patrick J. McGuire, P.C. <br> 119 S. Emerson Street, Suite 192 <br> Mt. Prospect, IL 60056 <br> (312) 541-0500 <br> patrick.mcguire@pjmlegal.com | /s/ Thomas B. Orlando <br> Thomas B. Orlando <br> FORAN GLENNON PALANDECH PONZI & RUDLOFF PC <br> 222 N. LaSalle Street, Suite 1400 <br> Chicago, IL 60601 <br> (312) 863-5000 <br> torlando@fgppr.com |